UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

UNITED STATES OF AMERICA

vs.                                                    CASE NO. 3:23-cr-166-HLA-JBT

AMIT PATEL

---

**REPORT AND RECOMMENDATION**
**CONCERNING PLEA OF GUILTY[1]**

The Defendant, by consent, has appeared before me pursuant to Rule 11, Fed. R. Crim. P., and Rule 1.02, M. D. Fla. Rules, and has entered a plea of guilty to Counts One and Two of the Information. After cautioning and examining the Defendant under oath concerning each of the subjects mentioned in Rule 11, I determined that the guilty plea was knowing and voluntary, and that the offenses charged are supported by an independent basis in fact containing each of the essential elements of such offenses. I therefore recommend that the plea of guilty be accepted and that the Defendant be adjudged guilty and have sentence imposed accordingly.

**DONE** and **ENTERED** in Jacksonville, Florida on this 14th day of December, 2023.

JOEL B. TOOMEY
United States Magistrate Judge

Copies to:
Honorable Henry Lee Adams, Jr.
Senior United States District Judge
Asst. United States Attorney (Coolican)
Asst. United States Attorney (Falzetta)
Alex King, Esquire
United States Probation

---

[1] The parties have agreed to waive the fourteen (14) day objection period to this Report and Recommendation. 28 U.S.C. §636(b)(1)(B).