UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

UNITED STATES OF AMERICA

v.                                                              Case No. 3:23-cr-166-HLA-JBT

AMIT PATEL

_____/

[OWNER OF RECORD: AMIT PATEL, a single person]

## GOVERNMENT'S NOTICE OF LIS PENDENS

NOTICE IS HEREBY GIVEN that the above-referenced action was commenced on December 5, 2023, and is now pending in the United States District Court for the Middle District of Florida between the parties named in the above-referenced action.

The United States of America is seeking to forfeit certain real property located at **602 Marsh Cove Lane, Ponte Vedra Beach, FL 32082**, being the same premises conveyed to Amit Patel, on August 5, 2021, and recorded on August 9, 2021, in Saint Johns County, Instrument No. 2021087657, in Book 5338, Pages 11801182, including all improvements thereon and appurtenances thereto, the legal description for which is as follows:

> Unit No. 602 of MARSH COVE CONDOMINIUM, a Condominium, according to The Declaration of Condominium recorded in Official Records Book 1491, Page 598, and all exhibits and amendments thereof, Public Records of Saint Johns County, Florida.
>
> Parcel Identification Number: 051089-0602.

The United States seeks forfeiture of the above property pursuant to the provisions of 18 U.S.C. §§ 981(a)(1)(C) and 982(a)(1), and 28 U.S.C. § 2461(c).

FURTHER NOTICE IS HEREBY GIVEN that the provisions of 21 U.S.C. § 853(k) prohibit any claimant to the described property from: (1) intervening in the trial or appeal of the criminal case, or (2) commencing an action at law or equity against the United States concerning the validity of any alleged interest in the property, except as provided by the provisions of 21 U.S.C. § 853(n), following the entry of any order of forfeiture. Further information concerning this action may be obtained from the records of the Clerk of the Court, United States District Court, 300 North Hogan Street, Suite 9-150, Jacksonville, Florida 32202.

        Respectfully Submitted,

        ROGER B. HANDBERG
        United States Attorney

By:   *s/Jennifer M. Harrington*
      JENNIFER M. HARRINGTON
      Assistant United States Attorney
      Florida Bar No. 0117748
      400 W. Washington Street, Suite 3100
      Orlando, Florida 32801
      Telephone: (407) 648-7500
      Facsimile: (407) 648-7643
      Email: Jennifer.Harrington2@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on December 28, 2023, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to counsel of record.

*s/Jennifer M. Harrington*
JENNIFER M. HARRINGTON
Assistant United States Attorney
