UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

UNITED STATES OF AMERICA

v.                                          Case No:        3:23-cr-166-HLA-JBT

AMIT PATEL
_____/

**TIME-SENSITIVE**
**MOTION TO PERMIT WITNESS TO APPEAR VIRTUALLY AT SENTENCING**

COMES NOW the Defendant, Amit Patel, by and through his undersigned counsel, pursuant to MDF Local Rule 3.01(e), and hereby moves this Honorable Court to consider this time-sensitive motion to permit a witness to appear virtually at the sentencing set in the above cause, which is scheduled on March 12, 2024, and rule on it by Friday, March 8, 2024, since this matter is set for sentencing one business day later, and in support hereof, Defendant further states as follows:

1.  On December 5, 2023, Defendant was charged by Information (Doc. 1) and Waiver of Indictment (Doc. 13) with Count 1 – Wire Fraud, and Count 2 – Illegal Monetary Transaction.

2.  On December 14, 2023, Defendant entered into a Plea Agreement. Doc. 15.

3.  On March 12, 2024, at 10:30 a.m., Defendant is scheduled to be sentenced. Doc. 22.

4.  Undersigned counsel is preparing for Defendant's sentencing, including the testimony of witnesses. Yesterday, one of Defendant's witnesses, Dr. Scott Teitelbaum, notified Defendant that he is not able to physically appear and testify at the sentencing.

5.      Dr. Teitelbaum is the Division Chief of Addiction Medicine and Vice Chair of the Psychiatry Department at the University of Florida Health and Recovery Center, which is located in Gainesville, Florida.

6.      Dr. Teitelbaum not only treated Defendant during his in-patient treatment at the UF Health Florida Recovery Center, but he is also an expert on gambling addiction. His testimony will not only provide insight into Mr. Patel's progress in treatment but also expand on the mental impact of gambling addiction on individuals.

7.      Dr. Teitelbaum is unable to travel to Jacksonville for sentencing on March 12, 2024, as he must physically be present at his office in Gainesville.  However, Dr. Teitelbaum has advised undersigned counsel that he can be available to testify virtually, by whichever means this Honorable Court would allow – either by telephone – or by Zoom.

8.      If this Honorable Court is inclined to grant the instant motion, undersigned counsel requests Dr. Teitelbaum's appearance to be via Zoom.  However, rather than denying this request, counsel would appreciate consideration for Dr. Teitelbaum to testify via telephone.

WHEREFORE, it is respectfully requested that this Honorable Court grant this motion, and enter an order permitting Dr. Teitelbaum to testify virtually at Defendant's sentencing, via either telephone or Zoom.

Respectfully submitted,
**First Coast Criminal Defense**

  /s/ Alex King
Alex King, Esq.
Florida Bar No.: 0086034
1805 Copeland Street
Jacksonville, Florida 32204
Tel: (904) 355-7777
E-mail: Admin@JaxCriminal.com
Attorney for Defendant

## **CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished by email to: Office of the United States Attorney (1) Brenna Falzetta, Esq., Brenna.Falzetta@usdoj.gov, and (2) Michael Coolican, Esq., Michael.coolican@usdoj.gov, this 6th day of March, 2024.

                                                                               /s/ Alex King
                                                                               ATTORNEY