**Summary of Amit Patel's Embezzlement of Jacksonville Jaguars Funds**
Time Period: September 2019 - February 2023

| Name | Amount ($) |
|---|---:|
| FanDuel | $ 20,079,874.07 |
| DraftKings | 1,188,650.64 |
| Apple | 580,628.53 |
| Newegg | 297,084.11 |
| Amazon | 31,490.94 |
| Palm Tree Music Festival | 22,240.18 |
| Best Buy | 10,485.93 |
| Fantasy Sports | 1,000.00 |
| **Grand Total** | **$ 22,211,454.40** |

Exhibit 1