**Amit Patel's Personal Expenditures Using Jacksonville Jaguars Embezzlement Proceeds**
Time Frame: January 2021 - March 2023

| Name by Category | Amount |
|---|---:|
| **Financial / Cryptocurrency** | **$ 2,148,262.61** |
| Regions Bank Credit Card Payment | 1,089,000.00 |
| Coinbase | 717,461.94 |
| Debit Card Transfers | 99,637.72 |
| ATM / Cash Withdrawal | 87,763.78 |
| CashApp Transactions | 60,538.52 |
| American Express | 39,597.44 |
| Apple Cash | 37,901.75 |
| PayPal Transactions | 4,185.76 |
| FTX | 4,120.10 |
| Withdrawal Fees | 2,672.92 |
| Credit Card Fees | 1,971.21 |
| Scotiabank | 1,252.89 |
| MoonPay | 800.18 |
| PayPal Crypto Hub | 409.96 |
| Fidelity Brokerage | 392.86 |
| Bank Fees | 301.90 |
| CoinTracker | 199.00 |
| E-File.com | 29.99 |
| Bitski Crypto | 24.69 |
| **Individuals** | **1,063,067.16** |
| **Shopping** | **569,963.96** |
| The Golf Auction, LLC | 201,481.16 |
| eBay | 140,412.97 |
| The RealReal, Inc | 95,484.15 |
| Golden Age Auctions LLC | 43,687.60 |
| Apple Inc | 23,535.50 |
| Amazon | 8,705.27 |
| Lenovo Corporation | 4,870.34 |
| Wayfair | 4,306.66 |
| DICK'S Sporting Goods | 4,167.55 |
| SPD Group Inc | 2,748.51 |
| Instacart | 2,720.98 |
| Harrods Ltd | 2,452.66 |
| Bettinardi Golf | 2,150.00 |
| Publix | 1,775.29 |
| Herman Miller | 1,757.63 |
| Dyson Inc | 1,522.92 |
| PGA Tour Superstore | 1,505.20 |
| Best Buy Co. | 1,451.23 |
| Target | 1,422.98 |
| Sunglass Hut | 1,344.76 |
| Gucci | 1,224.75 |
| Article Furniture | 1,137.43 |
| Samsung Electronics | 1,056.43 |
| Lowe's | 943.90 |
| Augusta National Golf Club Merchandise | 937.98 |
| Fanatics | 937.19 |
| Neiman Marcus | 885.00 |
| Cobra Golf | 590.18 |
| Acushnet Golf | 543.15 |
| Jaguars Pro Shop | 500.19 |
| Louis Vuitton | 499.88 |
| Callaway Golf | 455.25 |
| Nordstrom | 441.29 |
| Vineyard Vines | 440.22 |
| F1 Store | 430.08 |
| Macy's | 426.76 |
| Total Wine & More | 423.12 |

Exhibit 3

| | |
|---|---|
| Cost Plus World Market | 397.42 |
| NicknameThings | 393.45 |
| CVS Pharmacy | 378.35 |
| Nordstrom Rack | 375.93 |
| Petco | 350.39 |
| Fresh Direct Wines & Spirits | 347.65 |
| Golf Shop | 330.15 |
| The Home Depot | 310.50 |
| Interactive Life Forms, LLC | 307.81 |
| Bad Birdie Performance Golf | 298.94 |
| Team Fan Shop | 287.95 |
| Golf Galaxy | 286.19 |
| Tommy Bahama | 277.63 |
| Mosaic Foods | 261.76 |
| Sports Card Investor LLC | 249.95 |
| Fairmount Supermercado | 243.71 |
| Adobe Inc | 238.82 |
| Jax Pickleball Store | 236.91 |
| Puma Golf | 234.30 |
| Scotty Cameron | 226.56 |
| Whole Foods | 221.21 |
| Microsoft | 219.94 |
| Rhoback | 216.17 |
| Zola | 200.00 |
| HomeGoods | 200.00 |
| Cole Haan | 196.92 |
| ABC Fine Wine | 183.00 |
| J.Crew | 180.60 |
| Rhone Apparel Inc | 178.92 |
| GoCollect | 178.00 |
| Casper Sleep | 152.41 |
| ClickBank | 150.00 |
| New Balance | 138.44 |
| Solano Cycle | 128.87 |
| Ann Taylor Factory | 123.56 |
| ASAI Fashion | 115.50 |
| Smoke City | 106.95 |
| Lululemon | 105.35 |
| Duck Head | 104.28 |
| Quay Inc Sunglasses | 102.13 |
| Food Service Direct Logistics, LLC | 98.90 |
| Brooks Brothers | 87.89 |
| Express LLC | 86.00 |
| Academy Sports | 85.99 |
| Asher Golf | 79.99 |
| GameStop | 75.24 |
| Dillard's | 74.71 |
| Ikea | 70.92 |
| The Connect Las Vegas | 70.44 |
| Golf Discount | 64.23 |
| Vivid Images USA Inc | 60.48 |
| Ponte Vedra Liquors | 55.34 |
| Winn-Dixie | 53.74 |
| LAFAVRE | 53.50 |
| Southern Tide | 51.06 |
| Walgreens | 45.96 |
| Kohl's | 43.33 |
| Vinci Brands LLC | 37.26 |
| Broudy's Liquors | 33.64 |
| S L Food Mart Inc | 21.48 |
| Bed Bath & Beyond | 17.20 |
| Honeyfund Gift | 15.98 |
| Rapid 24 Hrs Supermarket | 15.40 |

| | |
|---|---|
| Smokers Depot | 13.50 |
| FedEx | 12.25 |
| UPS | 7.99 |
| Pinspiration | 6.50 |
| MySoda | 4.99 |
| US Connect Vend | 3.45 |
| Google Storage | 2.48 |
| Dollar Tree | 1.34 |
| **Entertainment / Recreation** | **301,105.55** |
| Gate Hospitality | 77,866.83 |
| Ticketmaster LLC | 69,025.26 |
| StubHub | 63,345.98 |
| Vladdy Daddy Show | 35,150.00 |
| Beach Club Encore | 9,372.85 |
| Jacksonville Jaguars | 7,860.91 |
| TPC Sawgrass | 5,895.61 |
| Chinawhite Nightclub | 2,911.74 |
| Palm Tree Music Festival | 2,776.24 |
| Savor Arena | 2,539.90 |
| Top Golf | 1,837.76 |
| Zouk Nightclub Las Vegas | 1,832.61 |
| Hulu | 1,780.19 |
| Inca London | 1,316.06 |
| Epoch | 1,087.02 |
| On Location Experience | 1,000.00 |
| Mosaic Ultra Lounge Night Club | 942.70 |
| YouTube TV | 847.10 |
| Tournament Players Club | 840.08 |
| King & Bear Golf Course | 812.01 |
| Everbank Field | 625.54 |
| Oak Bridge Club | 585.78 |
| SeatGeek Event Tickets | 579.71 |
| Golf Club of Amelia Island | 576.70 |
| UNF Athletics | 560.00 |
| TIAA Stadium Club | 490.67 |
| Scores Las Vegas | 480.00 |
| Breakers Sports Pro Shop | 476.15 |
| DataGolf | 435.00 |
| GolfNow | 431.88 |
| Maple Hill Golf Course | 415.71 |
| The Players Championship | 410.73 |
| Slammer & Squire Golf Course | 364.27 |
| Timuquana Country Club | 360.04 |
| Dave & Buster's | 328.95 |
| ATP Media | 299.80 |
| UFC Fight Pass | 277.42 |
| MLB.TV | 259.98 |
| The Yards | 243.89 |
| Spotify USA | 226.60 |
| Atlantic Beach Country Club | 220.38 |
| Windsor Parke Golf Club | 213.32 |
| Glen Kernan Golf | 196.47 |
| The Golf Club at South Hampton | 193.39 |
| Netflix | 173.36 |
| Puttshack - Miami | 163.46 |
| Google Disney Mobile | 161.14 |
| Florida Theatre | 161.10 |
| The Honda Classic | 137.00 |
| NBA League Pass | 129.99 |
| Moose Lodge | 125.45 |
| London Eye | 124.51 |
| Jacksonville Jumbo Shrimp | 116.00 |
| Facility Concession Palm Beach | 114.77 |

| | |
|---|---:|
| Julington Creek Golf Club | 107.07 |
| Magnolia Point Golf Club | 105.78 |
| Fanmio | 99.98 |
| Shingle Creek Golf Club | 95.26 |
| TouchTunes | 80.00 |
| Aramark MGM Grand | 78.00 |
| Hampton Court Palace Tour | 68.64 |
| Florence Nightingale Museum | 57.12 |
| Hippodrome Casino | 54.01 |
| Marsh Landing Golf | 53.25 |
| Showtime Digital | 52.52 |
| Amalie Arena | 51.50 |
| The Secret Garden Las Vegas | 50.00 |
| Hard Rock Stadium | 49.00 |
| Amway Arena | 45.82 |
| Forescore Golf | 42.89 |
| NBC Gold PGA Tour Live | 39.96 |
| SMG Jacksonville | 35.00 |
| Moment House | 31.18 |
| Oak Marsh at Omni Amelia Island Resort | 29.97 |
| GenMedia | 29.95 |
| UNF Golf Learning | 28.77 |
| Masters Concessions | 28.00 |
| Anchor Amusement Co | 26.40 |
| Autobahn Indoor Speedway | 20.00 |
| Trowel & Trellis Epcot | 20.00 |
| Prime Video | 9.50 |
| Wembley Stadium Concessions | 8.47 |
| CTM Group Inc | 4.00 |
| GolfBack LLC | 2.50 |
| Gannett Newspaper | 1.00 |
| **Travel** | **278,989.96** |
| FBO Jets | 78,800.00 |
| Hotels.com | 39,546.11 |
| Delta Air Lines | 29,792.11 |
| Vrbo | 17,515.83 |
| United Airlines | 17,021.41 |
| American Airlines | 16,217.50 |
| The Surf Lodge Hotel | 11,001.23 |
| Wynn Las Vegas Hotel | 9,348.21 |
| Cosmopolitan Las Vegas | 8,259.98 |
| Seminole Hard Rock Hotel | 6,606.95 |
| Southwest Airlines | 4,751.96 |
| Vacations to Go | 4,131.27 |
| Sea Island Lodge | 4,094.52 |
| Chase Travel Trip Charge | 2,796.98 |
| Uber | 2,647.00 |
| JetBlue Airways | 2,579.08 |
| Ameristar Kansas City | 2,499.48 |
| Mission Inn Resort & Club | 2,260.96 |
| 1 Hotel South | 2,045.48 |
| Bellagio Las Vegas | 1,975.66 |
| The Breakers Hotel | 1,740.62 |
| Cocal Hotel and Casino Costa Rica | 1,500.00 |
| Leader Worldwide Chauffeured Services | 1,365.00 |
| Four Seasons Beverly Wilshire | 1,174.25 |
| Mega Light Brasil | 1,096.86 |
| PV Hotel | 993.97 |
| Ritz Carlton Amelia Island | 983.22 |
| Los Suenos Costa Rica Marriott | 915.79 |
| Grand Hyatt Tampa | 779.89 |
| Bally's Las Vegas | 764.00 |
| Price 4 Limo Service | 701.00 |

| | |
|---|---:|
| Jacksonville Aviation Authority | 622.55 |
| Landmark London Hotel | 446.67 |
| Jacksonville International | 405.50 |
| Lyft | 269.15 |
| MGM Grand Las Vegas | 233.64 |
| Rickshaw | 220.50 |
| AC Hotels by Marriott | 196.88 |
| Westin Charlotte | 127.37 |
| GoGo Air WiFi | 123.80 |
| Minisuper El Ruby | 67.89 |
| Ecommerce Sagicor Costa Rica | 56.00 |
| Wheels Ride In Style | 54.02 |
| Bird Rides Inc | 50.00 |
| Wifi OnBoard | 47.21 |
| Viasat In-Flight Wifi | 36.00 |
| Britt Shop MM Aeropuerto | 26.78 |
| Seminole Exchange LLC | 25.00 |
| Sunpass Operations | 22.97 |
| T-Mobile Hotspot | 19.02 |
| Intelsat Inflight LLC | 15.99 |
| Maud In-Flight | 12.00 |
| Central Florida Expressway | 4.70 |
| **Legal Fees** | **275,000.00** |
| Monroe & King PA | 275,000.00 |
| **Home / Car** | **234,003.66** |
| Gasdick Stanton Early PA | 123,000.00 |
| Tesla Inc | 50,478.84 |
| Coggin Nissan at the Avenues | 32,500.00 |
| St Johns County | 4,625.97 |
| Interiors Revitalized | 3,626.33 |
| Allstate Ins Co Premium | 2,914.00 |
| Chimney Champions | 2,899.00 |
| The Elite Experience | 2,487.72 |
| St Augustine Wrap | 2,400.75 |
| Comcast | 2,327.97 |
| Advanced Window Tinting | 1,204.00 |
| LunsPro Inspections | 934.00 |
| Beaches Energy | 718.83 |
| Marsh Cove Condo HoA | 620.00 |
| All About Blinds | 598.00 |
| Wawa | 577.57 |
| St Johns County Utility | 539.54 |
| Security First Insurance | 296.34 |
| Buehler Air Conditioning | 282.00 |
| ecobee SmartThermostat | 266.24 |
| Shell Oil | 136.16 |
| Duval County Clerk | 132.55 |
| St. Johns Board of County Commissioners | 115.99 |
| Duval Vehicle Department | 79.05 |
| My DMV Portal | 77.00 |
| Luv Car Wash | 44.00 |
| RaceTrac | 41.13 |
| Gate | 37.66 |
| Scrubbles Car | 25.00 |
| Circle K | 13.96 |
| BP | 2.14 |
| Chargepoint | 1.92 |
| **Gambling / Sports Betting** | **95,984.52** |
| Bestbet | 33,916.02 |
| Underdog Sports Inc | 29,834.75 |
| Bravo Poker Live | 10,298.00 |
| SuperDraft Fantasy Sports | 5,000.00 |
| MonkeyKnife Fight | 5,000.00 |

| | |
|---|---:|
| Performance Predictions LLC | 3,500.00 |
| Poka Nigeria Limited | 1,665.90 |
| Awesemo.com | 1,539.45 |
| RotoGrinders | 1,319.89 |
| Sleeper Software | 1,000.00 |
| DailyFanMMA | 895.64 |
| Everi | 818.98 |
| SaberSim Fantasy | 425.95 |
| Better Collective Tennessee LLC | 399.99 |
| Cutsweats Analytics | 220.00 |
| Occupy Fantasy | 100.00 |
| FantasyCruncher | 49.95 |
| **Restaurants / Bars** | **25,206.27** |
| Uber Eats | 3,320.05 |
| Main Squeeze Juice Co | 1,174.93 |
| JaxSpice | 1,002.08 |
| Anejo Cocina Mexicana Restaurant | 930.31 |
| Louie Bossis Ristorante | 774.74 |
| Mezza Luna Ristorante | 764.64 |
| Buffet Prepaid | 732.47 |
| Hawkers Asian Street Food | 641.78 |
| Tijuana Flats | 597.44 |
| Taco Bell | 585.93 |
| V Pizza | 575.68 |
| Chuy's | 533.36 |
| Grape & Grain Exchange | 439.03 |
| Sierra Grille | 424.19 |
| Taqueria Mexico | 421.48 |
| The Refinery Restaurant | 400.00 |
| Benihana | 400.00 |
| Circle Dining Room | 398.04 |
| Restoration Hardware Restaurant | 378.05 |
| Kaiba Japanese Steak House | 353.59 |
| HMS Host | 352.18 |
| The Loyalist | 347.00 |
| Mellow Mushroom | 328.75 |
| Dishoom Carnaby Indian Restaurant | 291.83 |
| McDonalds | 285.96 |
| Taverna | 277.50 |
| Olive Garden | 276.20 |
| Foxtail Coffee | 274.31 |
| Subway | 268.05 |
| Caffe Andiamo Restaurant | 239.36 |
| Baires Grill | 229.71 |
| Jimmy Johns | 203.28 |
| Waffle House | 202.82 |
| Brix Taphouse | 198.70 |
| Chick-Fil-A | 180.88 |
| Ritz Lounge Bar | 171.41 |
| Hovan Mediterranean Gourmet | 168.85 |
| Valley Smoke Restaurant | 168.32 |
| Bombay Bustle Indian Restaurant | 168.23 |
| Biggie's Pizza | 162.36 |
| O-Ku Restaurant | 157.50 |
| Panera Bread | 154.90 |
| Sushi House | 151.52 |
| Papa John's | 146.56 |
| Bonos Pit Bar-B-Q | 143.47 |
| The District SPR | 135.00 |
| Newk's Eatery | 119.29 |
| Yard House | 115.21 |
| Hoptinger | 114.66 |
| Main Event | 112.03 |

| | |
|---|---|
| Quick Pick | 110.68 |
| Otaki Japanese Steakhouse | 110.63 |
| Surfer the Bar | 106.89 |
| Another Broken Egg | 106.88 |
| Southern Grounds | 104.17 |
| Casa Reina | 103.86 |
| Chipotle | 103.67 |
| The Tavern | 99.40 |
| Drive Coffee, Inc. | 99.00 |
| Briciole Italian London | 96.29 |
| Crabtree Pub & Restaurant | 93.41 |
| Intuition Ale Works | 93.26 |
| Burgerfi | 92.67 |
| Monkey's Uncle Tavern | 88.13 |
| Nashville Underground Restaurant | 87.30 |
| Restaurante Bar Black | 83.62 |
| Wasabi Japanese Steak | 83.16 |
| Bold Bean | 81.25 |
| Landshark Bar Grill | 77.67 |
| 3 Palms Grille | 77.51 |
| Banq Catering St Simons Island | 77.24 |
| Tonino's Trattoria | 75.00 |
| Ink Factory Brewing | 70.79 |
| Famous Toastery | 70.00 |
| Daruma Japanese | 65.71 |
| PF Chang's | 61.65 |
| Bento Asian Kitchen | 60.20 |
| The Drugstore Café Las Vegas | 56.30 |
| Cantina Louie | 55.09 |
| La Nopalera Mexican Restaurant | 52.39 |
| DragonFly Sushi | 50.02 |
| Fancy Sushi Jax | 49.17 |
| Kaika Teppanyaki Asian Fusion | 48.96 |
| Firehouse Subs | 47.87 |
| The French Pantry | 47.50 |
| Sugar Bar | 47.46 |
| Casa Maria | 47.40 |
| Hyde Lounge at Crypto.com Arena | 44.00 |
| Pusser's | 43.77 |
| Wicked Barley Brewing | 42.26 |
| Renna's Pizza | 40.75 |
| Marylebone Bar & Grill London | 40.56 |
| Palm Valley American Legion | 40.52 |
| Engine 15 Brewing | 37.96 |
| 9 Zero Pour LLC | 36.86 |
| Zoe's Kitchen | 36.33 |
| Brewer's Pizza | 34.18 |
| In N Out Burger | 32.14 |
| Mayes Food Service | 32.00 |
| Que Onda Tacos & Tequila | 31.82 |
| Pete's Bar | 30.30 |
| Senor Loco Tacos & Tequila | 30.12 |
| DiFara Pizza at Caesars Palace | 29.23 |
| Superica | 27.32 |
| Auntie Anne's | 26.45 |
| Tropical News | 25.34 |
| Moe's | 24.79 |
| The Mini Bar | 23.65 |
| Wreck Tiki Bar | 23.14 |
| Currito Burrito | 21.51 |
| Olio Restaurant | 21.44 |
| TacoLu | 21.26 |
| Apna Bazar | 21.08 |

| | |
|---|---|
| The Lemon Bar | 21.04 |
| The Mirage Las Vegas | 20.70 |
| Five Guys | 20.49 |
| Cantina Laredo | 20.00 |
| Sbarro | 19.78 |
| Cultured Collective Brewing Co | 19.50 |
| Si Senor Mexican Restaurant | 19.33 |
| The Element Indian Cuisine | 19.33 |
| Ida Claire | 17.99 |
| The Garage | 17.37 |
| Iguana on Park | 16.90 |
| Starbucks | 16.81 |
| The Mitt Tex-Mex Café | 15.79 |
| Green Room Brewing | 15.00 |
| Hibashi Party | 14.78 |
| Panda Express | 12.89 |
| Gringos Locos | 11.94 |
| Pine Garden Restaurant | 11.86 |
| Midtown Table | 11.60 |
| Jaco Restaurante Bar | 11.59 |
| Coca Cola | 11.00 |
| Mitchell's Fish Market | 11.00 |
| Chili's | 10.86 |
| Mercedes Benz Stadium | 10.85 |
| Soho Saloon | 10.06 |
| CMS Vend | 10.00 |
| Beer Vending | 9.60 |
| The Wine Bar | 9.50 |
| Wendy's | 9.13 |
| Sonic Drive-In | 9.02 |
| 904 Burgers | 8.61 |
| Ez Eats by Yaya | 7.74 |
| The Hungry Owl Food Truck | 7.38 |
| Better Days Cocktail Bar | 7.37 |
| Aardwolf Brewing Company | 6.99 |
| The Happy Grilled Cheese | 6.72 |
| Round Bird Coffee | 6.62 |
| Vending Machine | 5.69 |
| Wingin'it | 5.00 |
| Yugen Café London | 4.60 |
| Ocean Front Food | 3.98 |
| Mayport Cats | 3.50 |
| Canteen Vending | 1.75 |
| **Employment & Development** | **17,927.92** |
| Palm Tree Pool Club LLC | 8,567.01 |
| CPA Exam Services | 3,322.32 |
| Riptide Pool Vacuums | 2,215.20 |
| DFS Inc Flex Plan | 1,185.82 |
| Prometric Exam Fee | 878.74 |
| Becker CPA | 428.08 |
| Grasshopper.com | 404.75 |
| BrandCrowd | 386.00 |
| Swim University | 249.00 |
| Clear Pool Di | 145.00 |
| Squarespace | 92.00 |
| Skimmer Pool Software | 39.00 |
| Primate Pool Tools | 15.00 |
| **Personal Care** | **8,089.45** |
| Jacksonville One Ocean Resort and Spa | 2,344.27 |
| Med UF Health | 1,525.73 |
| F45 Training Jacksonville | 1,441.00 |
| Marriott Sawgrass Spa | 1,113.32 |
| Keeps | 560.00 |

| | |
|---|---:|
| Beau the Barber | 390.25 |
| Elite Nail Spa | 315.00 |
| Avecina Medical, PA | 125.00 |
| Cool Cats Cave Barbershop & Parlor | 100.00 |
| The Cut Inc | 78.16 |
| Man Cave | 61.27 |
| Beach Cleaners | 19.95 |
| Pugh's Dry Cleaners | 15.50 |
| **Miscellaneous** | **1,191.24** |
| **Grand Total** | **$   5,018,792.30** |