**APPENDIX I**

# EXHIBIT A

**MyFloridaCFO**

Español   Select Language
Powered by Google Translate

# Agent and Agency Services

Search [ ] Search

Home / Licensing / Agents and Adjusters / Applicants with Criminal Histories

## Applicants with Criminal Histories

### Permanent Bar:

Persons who have committed certain felonies are permanently barred from licensure. Other felonies and certain misdemeanors require the applicant to wait for a disqualifying period to lapse prior to applying for licensure. The department may not issue a license to an applicant unless all related fines, court costs and fees, and court-ordered restitution have been paid. Upon a grant of a pardon or the restoration of civil rights pursuant to chapter 940 and s. 8, Art. IV of the State Constitution with respect to a finding of guilt or a plea, such finding or plea no longer bars or disqualifies the applicant from licensure unless the clemency specifically excludes licensure in the financial services business; however, a pardon or restoration of civil rights does not require the department to award such license.

An applicant who has committed a felony of the first degree, a capital felony, a felony involving money laundering, a felony of embezzlement, or a felony directly related to the financial services business is permanently barred from a licensure. This bar applies to convictions, guilty pleas, or nolo contendere pleas, regardless of adjudication, by any applicant.

Criminal History Applicant Rights

#### Permanent Bar Felony Crimes

- Any Capital Felony
- Any Felony Directly Related to Financial Services Business
- Any First-Degree Felony
- Counterfeiting - (Financial Services Instruments)
- Embezzlement
- False Statement (Financial Services Transactions)
- Money Laundering
- Sale of Unregistered Securities

### Disqualifying Periods

The following disqualifying periods must be met prior to application and the disqualifying periods begin upon the applicant's final release from supervision or upon completion of the applicant's criminal sentence:

A 15-year disqualifying period exists for all felonies involving moral turpitude which are not specifically included in the permanent bar above.

A 7-year disqualifying period exists for all felonies to which neither the permanent bar nor the 15-year disqualifying period applies.

A 7-year disqualifying period exists for all misdemeanors directly related to the financial services business.

Expand all

#### Moral Turpitude Felony Crimes - 15 Year Disqualification