# EXHIBIT D

**Amit Patel | Loan Screenshot**

From: Devin Patel <devinpatel@live.com>
To: crd@cordstrategiesgroup.com <crd@cordstrategiesgroup.com>
Date: 2024-01-30 6:35 pm

## LENDING CLUB CORPORATION
Reported: May 08, 2019

$0.00
Closed

### Overview

You have **0%** left to pay on this loan.

| | |
|---|---|
| Balance | Highest Balance |
| $0 | $16000 |

| | |
|---|---|
| Monthly payment | $0 |
| Opened | Nov. 20, 2017 (6 yrs, 2 mos) |
| Term | 36 months |

### Payment History

| | |
|---|---|
| Last payment | May 08, 2019 |
| Current Payment Status | In Collections/Charge-off |
| Worst Payment Status | No Info |

### Account Details

| | |
|---|---|
| Account status | Derogatory |
| Type | Unsecured loan |
| Responsibility | Joint |
| Remarks | Payment after charge off/collection |
| | Paid profit and loss |
| Times 30/60/90 days late | 0/0/0 |
| Closed | May 08, 2019 |