# EXHIBIT E

SHANDS AT THE UNIVERSITY OF FLORIDA
Health Information Department
PO Box 100345
Gainesville FL 32610

Patel, Amit
MRN: 03656194, DOB: 10/20/1992, Sex: M
Visit date: 3/27/2023

## 03/27/2023 - Office Visit in UF Health Florida Recovery Center

### Reason for Visit

Visit diagnoses:
- Alcohol use disorder, severe, dependence (CMS-HCC: 55)
- Gambling disorder, severe
- Mild stimulant use disorder (CMS-HCC: 56)
- Cannabis use disorder, moderate, dependence (CMS-HCC: 55)

### Visit Information

#### Provider Information

| Encounter Provider | Authorizing Provider | Referring Provider |
|---|---|---|
| Zak, Karen, APRN | Zak, Karen, APRN | Self, Referral |

#### Department

| Name | Address | Phone | Fax |
|---|---|---|---|
| UF Health Florida Recovery Center | 3939 SW 13th Street Gainesville FL 32608-3511 | 352-265-4357 | 352-627-4162 |

#### Level of Service

Level of Service
PR OFFICE/OUTPT VISIT,EST,LEVL IV

### Office Visit Progress Notes

#### Progress Notes

Zak, Karen, APRN at 3/27/2023 1000

**Patient Name:** Amit Patel
**Age, Sex:** 30 y/o male
**Date of Admission:** 3/23/2023
**Date of Service:** 3/27/2023
**CPT Code:** 99214
I spent 50% of the time face with this patient regarding medication management, diagnosis, nature of addiction, recovery practice, and symptomatology.

(Portions of this note may have been copied from the medical record, but edited appropriately to accurately reflect the patient's current clinical status)

Amit Patel is a 30 y/o male admitted for problems related to alcohol use and gambling.

**HPI:** Amit Patel is a 30-year-old single Asian male who voluntarily from home to Florida Recovery Center for PHP treatment with housing for alcohol use disorder and gambling disorder. He was referred by attorney Scott Monroe. He was manager of FPNA for the Jacksonville Jaguars and was fired 2/8/2023 due to gambling.

**Substance abuse history:**

In regards to **alcohol**; He started drinking at age 18, 2 beers a few times at parties. During undergrad at FSU, he started drinking every day while in a fraternity. He drank 4-5 beers daily after class and drank "no count" of both beer and mixed drinks on weekends. When he transferred to Flagler College, his use became 3-4 beers daily and 4-5 drinks on weekends. While doing his MBA at FSU, his use dropped to 2-3 drinks on week nights and 3-4 drinks on weekends. After graduation, he moved back to his parent's house and use became almost none during weekdays and 3-4 beers or mixed drinks on weekends. In 2018 when he got a job, his started going to happy hours on Fridays, bar with friends after work once weekly, consuming 2-3 drinks and on weekends and during games 4-6 drinks until 2021 when he started living on his own. Then he started drinking an additional 2-3 drinks every other or every third night. He