# EXHIBIT F



8775 Aero Dr. #240
San Diego, CA 92123

February 2, 2024

To Whom It May Concern:

Amit Patel was an outpatient client at Stephens Therapy from July 6, 2023, to November 16, 2023, for the treatment of a Gambling Disorder, moderate, in early remission. Mr. Patel began outpatient, individual therapy sessions to further address underlying issues related to his gambling behavior, after completing a residential program. Mr. Patel actively participated in weekly sessions and his treatment plan included a strong focus on evidence-based practices including Rational Emotive Behavioral Therapy, Dialectical Behavioral Therapy skills, Motivational Interviewing, and recovery skill building. He demonstrated the ability to learn and integrate these skills successfully.

Mr. Patel showed commitment to maintaining recovery from his disorder as evidenced by his consistent attendance of sessions, his willingness to take responsibility for his actions, and his focus on increasing self-awareness and growth towards healthy, long-term goals. Additionally, Mr. Patel demonstrated ongoing progress and consistent practice of new coping skills while receiving individual therapy.

At this time, my assessment of Mr. Patel's prognosis for a full recovery is positive with continued recovery support as needed.

Sincerely,

*Paula Perez*

Paula Perez, MHS, LMHC