# EXHIBIT G

# AA/GA Meeting Attendance

| Date | Group | Time | Signature |
|---|---|---|---|
| 7/1/23 | Jax Beach YPG | 6:30pm | (signature) |
| 7/5/23 | GA | 7:00pm | Virtual |
| 7/8/23 | Jax Beach YPG | 6:30pm | (signature) |
| 7/12/23 | Fruit Cove GA | 7:30pm | (signature) |
| 7/15/23 | AA | 7:00pm | Virtual |
| 7/19/23 | Fruit Cove GA | 7:30pm | (signature) |
| 7/22/23 | Jax Beach YPG | 6:30pm | (signature) |
| 7/26/23 | Fruit Cove GA | 7:30pm | (signature) |
| 7/29/23 | AA Online | 6:45pm | Virtual |
| 8/2/23 | FRC | 5:30pm | Virtual |
| 8/9/23 | FRC | 5:30pm | 9458854 8722 |
| 8/12/23 | AA Online | 6:45pm | Virtual |
| 8/18/23 | FRC | 6:00pm | 9168279982 |
| 8/28/23 | Jax Beaches GA | 7:30pm | (signature) |
| 9/6/23 | FRC | 5:30pm | 945885487 22 |
| 9/11/23 | Jax Beaches GA | 7:00pm | (signature) |
| 9/13/23 | FRC | 5:30pm | 94588548722 |
| 9/18/23 | Jax Beaches GA | 7:00pm | (signature) |
| 9/20/23 | FRC | 5:30pm | 94588548722 |
| 9/25/23 | Jax Beaches GA | 7:00pm | (signature) |
| 9/27/23 | FRC | 5:30pm | 94588548722 |
| 10/2/23 | Jax Beaches GA | 7:00pm | (signature) |
| 10/4/23 | FRC | 5:30pm | 94588549 8722 |
| 10/9/23 | Jax Beaches GA | 7:00pm | (signature) |
| 10/11/23 | FRC | 5:30pm | 94588898722 |

Name: Amit Patel    Signature: Amit Patel

# AA/GA Meeting Attendance

| Date | Group | Time | Signature |
|---|---|---|---|
| 10/16/23 | Jax Beaches GA | 7:00pm | Dm |
| 10/18/23 | FRC | 5:30pm | 9458 8548722 |
| 10/25/23 | FRC | 7:00pm | 94588548722 |
| 10/30/23 | Jax Beaches GA | 7:00pm | GY |
| 11/1/23 | FRC | 5:30pm | 94588548722 |
| 11/6/23 | Jax Beaches | 7:00pm | BY |
| 11/8/23 | FRC | 5:30pm | 94588548722 |
| 11/13/23 | Jax Beaches GA | 7:00pm | MY |
| 11/15/23 | FRC | 5:30pm | 94588548722 |
| 11/20/23 | Jax Beaches GA | 7:00pm | A |
| 11/22/23 | FRC | 5:30pm | 9458 8548722 |
| 11/27/23 | Jax Beaches GA | 7:00pm | Jm |
| 11/29/23 | FRC | 5:30pm | 94588548722 |
| 12/4/23 | Jax Beaches GA | 7:00pm | M |
| 12/6/23 | FRC | 5:30pm | 94588548722 |
| 12/11/23 | Jax Beaches GA | 7:00pm | Rm flm |
| 12/13/23 | FRC | 5:30pm | 94588548222 |
| 12/18/23 | Jax Beaches GA | 7:00pm | D |
| 12/20/23 | FRC | 5:30pm | 94588548722 |
| 1/8/24 | Jax Beaches GA | 7:00pm | A |
| 1/10/24 | FRC | 5:30pm | 94588548722 |
| 1/15/24 | Jax Beaches GA | 7:00pm | Rmtr |
| 1/17/24 | FRC | 5:30pm | 94588548722 |
| 1/22/24 | Jax Beaches GA | 7:00pm | Om |
| 1/24/24 | FRC | 5:30pm | 94588548722 |

Name: Amit Patel    Signature: Amit Patel

# AA/GA Meeting Attendance

| Date | Group | Time | Signature |
|---|---|---|---|
| 1/29/24 | Jax Beaches GA | 7:00pm | *(signed)* |
| 1/31/24 | FRC | 5:30pm | 94585548722 |
| 2/5/24 | Jax Beaches GA | 7:00pm | *(signed)* |
| 2/7/24 | FRC | 5:30pm | 94588548722 |
| 2/12/24 | Jax Beaches GA | 7:00pm | *(signed)* |
| 2/14/24 | FRC | 5:30pm | 94588548722 |
| 2/19/24 | Jax Beaches GA | 7:30pm | *(signed)* |
| 2/21/24 | FRC | 5:30pm | 94588548722 |
| 2/25/24 | Jax Beaches GA | 7:00pm | *(signed)* |
| 2/27/24 | FRC | 5:30pm | 94588548722 |

Name: Amit Patel      Signature: *Amit Patel*