# EXHIBIT H

DIVISION OF CORPORATIONS



Department of State / Division of Corporations / Search Records / Search by Entity Name /

## Detail by Entity Name

Florida Limited Liability Company
ROUND ROBIN RECOVERY LLC

### Filing Information

| | |
|---|---|
| **Document Number** | L23000324819 |
| **FEI/EIN Number** | NONE |
| **Date Filed** | 07/10/2023 |
| **State** | FL |
| **Status** | ACTIVE |

### Principal Address

602 MARSH COVE LN
PONTE VEDRA BEACH, FL 32082

### Mailing Address

602 MARSH COVE LN
PONTE VEDRA BEACH, FL 32082

### Registered Agent Name & Address

PATEL, AMIT A
602 MARSH COVE LN
PONTE VEDRA BEACH, FL 32082

### Authorized Person(s) Detail

**Name & Address**

Title AMBR

PATEL, AMIT A
602 MARSH COVE LN
PONTE VEDRA BEACH, FL 32082

### Annual Reports

No Annual Reports Filed

### Document Images

07/10/2023 -- Florida Limited Liability    View image in PDF format