# EXHIBIT M

Table 13
SENTENCE TYPE BY TYPE OF CRIME[1]
Fiscal Year 2022

| TYPE OF CRIME | TOTAL | TOTAL RECEIVING IMPRISONMENT | | Prison Only | | Prison and Alternatives[2] | | TOTAL RECEIVING PROBATION | | Probation and Alternatives[2] | | Probation Only | | TOTAL RECEIVING FINE ONLY | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | N | % | N | % | N | % | N | % | N | % | N | % | N | % |
| TOTAL | 64,142 | 59,070 | 92.1 | 57,106 | 89.0 | 1,964 | 3.1 | 4,738 | 7.4 | 1,002 | 1.6 | 3,736 | 5.8 | 334 | 0.5 |
| Administration of Justice | 652 | 473 | 72.5 | 441 | 67.6 | 32 | 4.9 | 173 | 26.5 | 29 | 4.4 | 144 | 22.1 | 6 | 0.9 |
| Antitrust | 8 | 3 | 37.5 | 3 | 37.5 | 0 | 0.0 | 5 | 62.5 | 0 | 0.0 | 5 | 62.5 | 0 | 0.0 |
| Arson | 106 | 99 | 93.4 | 96 | 90.6 | 3 | 2.8 | 7 | 6.6 | 1 | 0.9 | 6 | 5.7 | 0 | 0.0 |
| Assault | 850 | 791 | 93.1 | 765 | 90.0 | 26 | 3.1 | 51 | 6.0 | 6 | 0.7 | 45 | 5.3 | 8 | 0.9 |
| Bribery/Corruption | 360 | 277 | 76.9 | 258 | 71.7 | 19 | 5.3 | 83 | 23.1 | 25 | 6.9 | 58 | 16.1 | 0 | 0.0 |
| Burglary/Trespass | 112 | 83 | 74.1 | 83 | 74.1 | 0 | 0.0 | 29 | 25.9 | 10 | 8.9 | 19 | 17.0 | 0 | 0.0 |
| Child Pornography | 1,435 | 1,417 | 98.7 | 1,390 | 96.9 | 27 | 1.9 | 18 | 1.3 | 5 | 0.3 | 13 | 0.9 | 0 | 0.0 |
| Commercialized Vice | 73 | 53 | 72.6 | 51 | 69.9 | 2 | 2.7 | 20 | 27.4 | 3 | 4.1 | 17 | 23.3 | 0 | 0.0 |
| Drug Possession | 296 | 124 | 41.9 | 123 | 41.6 | 1 | 0.3 | 91 | 30.7 | 4 | 1.4 | 87 | 29.4 | 81 | 27.4 |
| Drug Trafficking | 19,938 | 19,261 | 96.6 | 18,493 | 92.8 | 768 | 3.9 | 673 | 3.4 | 131 | 0.7 | 542 | 2.7 | 4 | 0.0 |
| Environmental | 153 | 47 | 30.7 | 44 | 28.8 | 3 | 2.0 | 101 | 66.0 | 14 | 9.2 | 87 | 56.9 | 5 | 3.3 |
| Extortion/Racketeering | 121 | 102 | 84.3 | 96 | 79.3 | 6 | 5.0 | 18 | 14.9 | 4 | 3.3 | 14 | 11.6 | 1 | 0.8 |
| Firearms | 9,318 | 8,775 | 94.2 | 8,551 | 91.8 | 224 | 2.4 | 542 | 5.8 | 130 | 1.4 | 412 | 4.4 | 1 | 0.0 |
| Food and Drug | 40 | 24 | 60.0 | 22 | 55.0 | 2 | 5.0 | 16 | 40.0 | 0 | 0.0 | 16 | 40.0 | 0 | 0.0 |
| Forgery/Counter/Copyright | 111 | 86 | 77.5 | 79 | 71.2 | 7 | 6.3 | 25 | 22.5 | 8 | 7.2 | 17 | 15.3 | 0 | 0.0 |
| Fraud/Theft/Embezzlement | 5,520 | 4,194 | 76.0 | 3,910 | 70.8 | 284 | 5.1 | 1,285 | 23.3 | 302 | 5.5 | 983 | 17.8 | 41 | 0.7 |
| Immigration | 17,652 | 16,891 | 95.7 | 16,562 | 93.8 | 329 | 1.9 | 760 | 4.3 | 192 | 1.1 | 568 | 3.2 | 1 | 0.0 |
| Individual Rights | 92 | 60 | 65.2 | 59 | 64.1 | 1 | 1.1 | 30 | 32.6 | 1 | 1.1 | 29 | 31.5 | 2 | 2.2 |
| Kidnapping | 128 | 124 | 96.9 | 122 | 95.3 | 2 | 1.6 | 4 | 3.1 | 1 | 0.8 | 3 | 2.3 | 0 | 0.0 |
| Manslaughter | 80 | 78 | 97.5 | 70 | 87.5 | 8 | 10.0 | 2 | 2.5 | 0 | 0.0 | 2 | 2.5 | 0 | 0.0 |
| Money Laundering | 1,192 | 1,039 | 87.2 | 1,006 | 84.4 | 33 | 2.8 | 152 | 12.8 | 47 | 3.9 | 105 | 8.8 | 1 | 0.1 |
| Murder | 410 | 409 | 99.8 | 404 | 98.5 | 5 | 1.2 | 1 | 0.2 | 0 | 0.0 | 1 | 0.2 | 0 | 0.0 |
| National Defense | 180 | 138 | 76.7 | 130 | 72.2 | 8 | 4.4 | 25 | 13.9 | 7 | 3.9 | 18 | 10.0 | 17 | 9.4 |
| Obscenity/Other Sex Offenses | 344 | 324 | 94.2 | 295 | 85.8 | 29 | 8.4 | 20 | 5.8 | 5 | 1.5 | 15 | 4.4 | 0 | 0.0 |
| Prison Offenses | 499 | 479 | 96.0 | 458 | 91.8 | 21 | 4.2 | 19 | 3.8 | 2 | 0.4 | 17 | 3.4 | 1 | 0.2 |
| Robbery | 1,444 | 1,422 | 98.5 | 1,381 | 95.6 | 41 | 2.8 | 22 | 1.5 | 6 | 0.4 | 16 | 1.1 | 0 | 0.0 |
| Sexual Abuse | 1,499 | 1,492 | 99.5 | 1,463 | 97.6 | 29 | 1.9 | 6 | 0.4 | 1 | 0.1 | 5 | 0.3 | 1 | 0.1 |
| Stalking/Harassing | 266 | 233 | 87.6 | 216 | 81.2 | 17 | 6.4 | 33 | 12.4 | 10 | 3.8 | 23 | 8.6 | 0 | 0.0 |
| Tax | 496 | 302 | 60.9 | 279 | 56.3 | 23 | 4.6 | 192 | 38.7 | 40 | 8.1 | 152 | 30.6 | 2 | 0.4 |
| Other | 767 | 270 | 35.2 | 256 | 33.4 | 14 | 1.8 | 335 | 43.7 | 18 | 2.3 | 317 | 41.3 | 162 | 21.1 |

[1] Descriptions of variables used in this table are provided in Appendix A.
[2] Alternatives include all cases in which offenders received conditions of confinement as described in USSG §5C1.1.

SOURCE: U.S. Sentencing Commission, 2022 Datafile, USSCFY22.