# APPENDIX II

**1**

The Honorable Henry Lee Adams Jr.
Senior United States District Judge
300 N. Hogan Street
Jacksonville, FL 32202

Dear Judge Adams:

My name is Devin Patel, I am Amit Patel's elder brother. I am currently employed as a
Pharmacist with Health First Pharmacy. I have known Amit Patel for 31 years and in this time, I
have judged him to be of fine and responsible character. My brother excelled in school, sports,
and community service. He has served his community by feeding the homeless at Sulzbacher
Center, cleaning up Jacksonville's beaches, and volunteering at St. Luke's hospital. He was part
of many local sport's communities, such as i9 Sports and Jax Fray. In high school, he played
Lacrosse, Football, and ran Cross Country. He was a devoted member of each of these teams.
Growing up, he found success in many aspects of his life including education and his career. He
was High School Class President and he graduated High School and Post-Graduate School with
honors. He was very successful in his career, and was respected and reliable in the work he did.
I believe Amit does not pose a threat to the community, as he has made several contributions to
his future, such as attending a rehabilitation program for gambling, establishing a local support
group for gambling addicts, and spreading awareness of gambling addiction. I believe Amit will
be able to quickly resume making positive contributions to society, as he plans to help others
who are struggling with gambling addiction. I will be able to directly support Amit as I live in
Jacksonville and am able to be with him as he resumes life in everyday society.

Thank you for the opportunity to speak on behalf of Amit Patel. It is my hope this letter
regarding Amit Patel will act as a positive and contributing factor when the court considers this
case.

Sincerely,

*Devin Patel*

Dr. Devin Patel

2

February 20, 2024

The Honorable Henry Lee Adams Jr.
Senior United States District Judge
300 N. Hogan Street
Jacksonville, FL 32202

Dear Judge Adams,

My name is Mikaela Miskin, and I am a Nursing Education Specialist for the Surgical Services
Department at Mayo Clinic in Jacksonville, Florida. I am writing this letter to you on behalf of
my boyfriend Amit Patel. I met Amit on a dating app in September of 2021 and we have been
dating ever since. I still remember the day we met and thinking that Amit was a genuine and
selfless person who could potentially be a friend if dating did not work out. This is not the usual
thought one would have after a date, nonetheless I look back now and realize this rings true. Our
relationship grew as I got to know him, and Amit has ultimately become such an important part
of my life and my family.

Amit's selflessness shined through when he helped me to obtain my current role as a Nursing
Education Specialist at Mayo Clinic. Amit helped me create my resume, prepare for the
interview, and even helped me in preparation of another job interview process occurring at the
same time. It is because of Amit's willingness and encouragement that I was able to progress in
my career after seven and a half years as an operating room nurse.

Amit is not only kind and caring, but Amit is the kind of person who goes out of his way to help
others who may be struggling or in need. I have witnessed this firsthand while he was in active
addiction as well as now in his recovery. Just a few of the many acts that I have witnessed
include helping a neighbor who was out of a job, providing support to friends going through
difficult times, and supporting others in their recovery journey. While these may seem like small
acts, Amit is committed to helping others in any way he can.

Over this past year I have had the privilege to watch Amit accept full responsibility for his
actions, enter sobriety with open arms, and completely change the course of his life. I have stood
by him throughout his termination from the Jacksonville Jaguars, his ninety-nine days at Florida
Recovery Center, weekly therapist sessions, Alcoholics Anonymous meetings, and the most
valuable to his story Gamblers Anonymous meetings. In addition, I have watched Amit work
hard to hold another financial position at a large corporation, selflessly step down from his
position in fear of potentially risking the effects of the company's potential sale, and seamlessly
switch to driving for Uber and acquiring a job assisting an elderly couple with daily tasks. Amit
never ceases to amaze me with his strong work ethic and desire to keep going and fix his
mistakes.

It has undoubtedly been an extremely painful year for all of us who know and love Amit, but
Amit and I often take time to reflect on the fact that Amit has accepted his actions and continues
to move forward to pay back his debts to his previous employer, mend relationships that were

tarnished along the way, and live the rest of his life using his story to help those who may be struggling.

As sports betting has recently become legal in Florida, Amit is a valuable member of our community in Duval County because of his ability to help individuals who may be struggling with the easily accessible sports betting that now comes at their fingertips. After returning from rehab, Amit started helping others struggling with similar demons within our community by starting a Gamblers Anonymous meeting that occurs every Monday night at First Christian Church of the Beaches. In the short period of time that this meeting has existed, the turnout has grown from only a few attendees to multiple new members joining after finding the meeting on the official Gamblers Anonymous website in times of hardship. After every meeting Amit comes home and tells me how good it feels to be able to support people struggling with gambling.

I have faith that whatever sentence you choose for Amit he will be able to accept it, complete it, and resume making positive contributions to our society. Amit is in no way shape or form a threat to society. Amit has stopped gambling completely and shares with me daily that he has no desire to resume his old habits. He also has no desire to drink alcohol again or use any mind-altering substances. In this life, there is good and there is evil. I assure you that Amit is a good person who made a mistake and has no evil inside of him.

While I do not condone the crime Amit committed, I have fully supported Amit over this past year and continue to do so whatever the future may bring. I look forward to helping him achieve his goal of starting a gambling addiction treatment center and being there for him while he takes life one day at a time. Your Honor, I thank you for allowing me the opportunity to write to you about the Amit Patel that I know and love so much. I thank you for reading my letter and I hope that you will take these thoughts into consideration as you reflect upon the decisions you must make regarding Amit.

Kind Regards,

Mikaela Miskin

**3**

The Honorable Henry Lee Adams Jr.
Senior United States District Judge
Middle District of Florida
300 N Hogan St Ste 11-200
Jacksonville, FL 32202-4245

Regarding: United States v. Amit Patel

Dear Judge Adams,

My name is Teresa Underwood. I am a 63-year-old CPA with two sons and have lived in Jacksonville for 27 years. I have known Amit since he was in 7th grade; we lived in the same neighborhood. Amit was very good friends with my youngest son, Conner. Nina Patel and I carpooled the children from our homes in the Southside area to James Weldon Johnson middle school and Paxon high school.

Amit was a lively, happy, kind and smart young man. He and Conner played soccer, lacrosse, basketball and video games together. Amit has always been loving and helpful to me. I used to have "Mom's enchilada nights" for my sons and their friends. They would swim and come inside hungry for a homemade Mexican feast. Amit is a vegetarian, so asked if I could make cheese enchiladas. We experimented on several recipes over time to arrive at an edible version. He was such a good sport about it! Those were very special times for me as my sons were growing up. I enjoyed having their friends over and interacting with them. Amit was always polite, and I enjoyed talking with him about school, sports and many other topics.

My parents lived with me for a while as they aged. They were grandparents to all of my sons' friends, with Amit being no exception. They moved to assisted living after a few years. My father had a serious heart condition and was in hospice care for a few months.

It was at this time that we lost my son, Conner, in a car accident when he was 20 years old. Three days later, my father died. We held a joint memorial service for Conner and my dad. We had over 300 people attend. Amit came up to me, gave me a huge hug and cried on my shoulder to the point the shoulder of my dress was wet. I will never forget that embrace and the love I felt from Amit for Conner and my dad.

After Amit graduated from FSU and returned to Jacksonville, he would join us for some of our social gatherings (FSU/Florida football game days, holiday parties, cinco de mayo dinners and remembrance gatherings on Conner's birthday). He really liked his job with the Jaguars and talked about it being "his dream job". With the COVID pandemic, we discontinued our gatherings.

I'm hopeful that Amit is sincere about his recovery efforts and able to be successful on his future journey.

Sincerely,

Teresa Underwood

**4**

The Honorable Henry Lee Adams Jr.
Senior United States District Judge
300 N. Hogan Street
Jacksonville, FL 32202

Dear Judge Adams,

My name is Sumit Som.  I am a general practice physician and have been practicing since 2017. I met Amit Patel during his time at the Florida Rehabilitation Center (FRC) from March of 2023 to May of 2023.  Amit had come to FRC to try and seek help for his self-reported gambling addiction, and as FRC does help individuals with different addictions, he felt it could be a start to helping treat this.  As far as I am aware, he was not required or asked to come to FRC by anyone but himself, as he genuinely realized the level of damage gambling and betting had done to his own life and others.  Amit seemed genuinely remorseful for his actions and was quite open and honest about these actions and their impact.  He attended meetings for addiction outside what was just required and was happy to speak to others at FRC who were wondering about gambling addictions.  This was useful information since sports gambling has become so prevalent and easily accessible in our country.

Since his discharge from FRC, I have spoken with Amit from time to time.  He continues to be remorseful for his actions.  However, he is also very motivated to use his story to make awareness of gambling addiction in sports and specifically among employees in the sports industry more recognized.  With gambling becoming so prevalent, identifying and helping employees in sports industries with gambling addictions will become very important, and could help avoid situations just like Amit's.  I think Amit could really help future gamblers and bettors, especially those in the sports industry, feel safe asking their employers for help without recrimination.

I would like to thank the court for your time and for the opportunity to speak for Amit.

Respectfully,

Sumit Som

5

The Honorable Henry Lee Adams Jr.
Senior United States District Judge
Middle District of Florida
300 N Hogan St Ste 11-200
Jacksonville, FL 32202-4245

Regarding: United States v Amit Patel

Dear Judge Adams,

I am writing to you on behalf of Amit Patel whom I have known for almost a year.  I am a project coordinator with Lutheran Services Florida Health Services in Jacksonville. In my role, I manage jail and hospital-bridge programs that connect incarcerated and hospitalized individuals suffering from opioid use disorder to medication-assisted treatment as a gateway to their recovery.  I myself am a recovering alcoholic, and I met Amit when I was in treatment at the UF Health Florida Recovery Center (FRC) in March 2023.  Amit entered treatment at the same time as I did, and we were both placed with the same therapist, so I was a witness to his dedication and growth throughout the entirety of his time at FRC.

I became aware that Amit was facing legal troubles after knowing him for some time, and that came as a shock, as I had only ever witnessed him exhibit an upstanding character and a strong desire to better himself.  Amit was quick to immerse himself in the community.  Friendly, outgoing, and kind, Amit quickly made friends with the others in treatment and the staff.  He was always willing to lend a helping hand, often counseling newcomers on how to navigate the program successfully and offering transportation to other patients who were not fortunate enough to have vehicles.  Amit's dedication and work ethic were also second to none.  He completed the work assigned to him efficiently and exceptionally, making it clear that he wanted to make the most of his treatment.  In addition, he often spoke fondly of his family and partner, illustrating his caring nature and his remorse for any hardship that he had caused them.  After completing treatment successfully and discharging, Amit's dedication to recovery and service remained unwavering – he took the initiative to found an active chapter of Gamblers Anonymous in Jacksonville Beach, the first of its kind in the area.  All in all, I struggle to find anything negative to say about Amit.  In my experience, he is profoundly upstanding, diligently working to better himself and the world around him.

As a friend of mine and as a fellow recovering individual, I aim to support Amit as best as humanly possible in the future.  He and I help hold each other accountable for our recoveries, and I am sure that this relationship will be life-long.  I am certain that Amit deeply regrets any wrongdoing that he committed under the fog of addiction – he has turned a new leaf and is eager to leave his past behind him.

His potential to contribute to goodness in this world is unparalleled, and he continues to take steps in the right direction every day.

Sincerely,

Shan Choudhri

6

February 15, 2024

The Honorable Henry Lee Adams Jr.
Senior United States District Judge
300 N. Hogan Street
Jacksonville, FL 32202
Dear Judge Adams,

Today, I am writing to you in support of Amit Patel, who has shown an unwavering desire for personal recovery from addiction to gambling.

Many compulsive gamblers go to Gamblers Anonymous to be relieved from a gambling addiction. The fellowship of Gamblers Anonymous is the outgrowth of a chance meeting between two men during the month of January in 1957. These men had a truly baffling history of trouble and misery due to an obsession to gamble. They began to meet regularly and as the months passed neither had returned to gambling.

They concluded from their discussions that in order to prevent a relapse it was necessary to bring about certain character changes within themselves. In order to accomplish this, they used for a guide, certain spiritual principles which had been utilized by thousands of people who were recovering from other compulsive addictions. The word spiritual can be said to describe those characteristics of the human mind that represent the highest and finest qualities such as kindness, generosity, honesty and humility. Also, in order to maintain their own abstinence they felt that it was vitally important that they carry the message of hope to other compulsive gamblers.

Amit Patel's story is similar to many others' as he has had hard times with his gambling disease. However, what differentiates Amit from others is that he has decided on a different approach towards tackling his sickness and supporting people with the same predicament. At a Jacksonville Beach church, Amit organized a new weekly meeting of Gamblers Anonymous where people could meet to talk about their experiences as gamblers, thus providing a safe haven for them seeking help in this region.

I have been in Gamblers Anonymous for over ten years now without gambling myself; so I have seen how much the Program helps people with gambling addictions, including me. Many program members, such as myself, have been inspired by Amit's honesty and sincerity when talking about his own experiences, strength and hope with gambling addiction and how he copes with issues in daily life. This honesty has strengthened our determination to overcome our problems and lead healthier lives. The recovery meeting initiated by Amit helps me and others sustain and strengthen our recovery from gambling.

Amit remains devoted to the Gamblers Anonymous program and his recovery from gambling. This can be witnessed through leading meetings and ensuring they run smoothly.

Sincerely,

Scott S.
Ponte Vedra Beach, Florida

7

The Honorable Henry Lee Adams Jr.
Senior United States District Judge
Middle District of Florida
300 N Hogan St Ste 11-200
Jacksonville, FL 32202-4245

Regarding: United States v Amit Patel

Dear Judge Adams,

My name is Ross Tucker and I am the COO for an inpatient medical substance abuse &
mental health facility, Coastal Detox. I have known Amit for 12 years, and during this time, I
have had the opportunity to witness firsthand his outstanding character and contributions to our
community.

Amit is a compassionate and dedicated individual with numerous strengths, those most glaring
being his work ethic, compassion, generosity, & positivity. He consistently demonstrates
kindness and empathy towards others and has made significant positive impacts in our
community.

I have personally witnessed Amit's commitment to helping others through his involvement in
assisting me throughout my professional career. He consistently goes above and beyond to
support those in need and make a difference in the lives of others. Our business is, when
compared to others, known to be emotionally draining. But, having Amit as someone to lean on
in times of severe stress, to be that calm & collected voice of reason cannot be understated. He
has nothing to gain by investing time & energy into me, other than to be a good person.

As someone who knows Amit well, I am confident in his ability to make meaningful
contributions to society and quickly resume his positive impact upon his release. I am committed
to supporting Amit in any way possible to ensure his successful reintegration into the
community.

Thank you for considering my letter of support for Amit Patel. I respectfully urge the court to
carefully consider his case in a light that acknowledges his strengths, contributions, and potential
for rehabilitation.

Sincerely,

Ross M. Tucker II
COO, Coastal Detox
rtucker@coastaldetox.com

8

Sarah Sherlock
5112 Ile De France Dr.
Tallahassee, FL 32308
Ssherlock215@gmail.com
(850)259-5069

The Honorable Henry Lee Adams Jr.
Senior United States District Judge
300 N. Hogan Street
Jacksonville, FL 32202

February 27, 2024

Dear Judge Adams:

My name is Sarah Sherlock and I'm the office administrator at James Hartman PA, a small business and consulting firm located in Tallahassee, Florida. Amit Patel is a colleague that I had the pleasure of meeting a decade ago at Flagler College-Tallahassee. For two years starting in 2013, we had nearly every class together and enjoyed a friendly, unspoken competition to be the top of our class. We were members of the Society for The Advancement of Management and were two of four students chosen by our professors to participate in their Case Management Competition in Las Vegas where we took first place in 2015. At graduation, we were one of five to receive departmental awards after being selected by the faculty for distinguishing ourselves through scholarly activity and academic achievement. Amit was a disciplined leader and an active team player in our studies together.

Amit was one of the most upstanding and honest gentlemen I've had the honor of working with. The allegations made against him came as a shock to me because this behavior was not in his character when I studied with him. Based on some of our casual conversations in the past, it is my understanding that Amit grew up in a strict household. While there's no excusing the offenses committed, I believe the free reign that his position gave him was a foreign experience which may have led to a possible gambling addiction. There were no red flags to such behavior when we traveled to Las Vegas nine years ago.

While Amit and I were no longer involved in daily conversations once he moved back to Jacksonville, I will be here to support him as he makes right of his wrongs should he reach out for any guidance. With his commitment to rehabilitation, I have no doubt that he will be of great contribution to the community again.

Thank you for the opportunity to share.

Yours sincerely,

Sarah Sherlock

Sarah Sherlock

**9**

The Honorable Henry Lee Adams Jr.
Senior United States District Judge
300 N. Hogan Street
Jacksonville, FL 32202

Dear Judge Adams,

I hope this letter finds you well. My name is John Gradyn Grobe, and I am a boiler salesman based in Henderson, NV. I am writing to express my support for Amit Patel, whom I have known since our freshman year at Florida State University. While I understand the gravity of the situation he is currently facing, I firmly believe in his ability to contribute positively to the community and to learn from his mistakes.

Throughout our years of friendship, I have witnessed firsthand Amit's dedication to personal growth and his unwavering commitment to making a difference in the lives of those around him. His genuine compassion for others and his willingness to lend a helping hand have always been evident in his actions.

I am aware of the challenges he is confronting, but I also believe in the power of redemption and second chances. Amit has shown remorse for his actions and is actively seeking opportunities to rectify his mistakes. He understands the impact of his choices and is committed to taking the necessary steps to become a better member of society.

Amit's contributions to our community have been invaluable. Whether it's through his involvement in volunteer work, his leadership in various student organizations, or his efforts to support his peers, he has consistently demonstrated a strong sense of integrity and a genuine desire to make a positive impact.

I respectfully urge you to consider the entirety of Amit's character and the potential he holds for rehabilitation and future contribution to society. I believe that with the appropriate support and guidance, he can emerge from this experience as a better, more responsible individual. To that end, I pledge my personal support throughout his future.

Thank you for taking the time to consider my perspective. If you require any further information or would like to discuss Amit's situation in more detail, please do not hesitate to contact me.

Sincerely,

John Gradyn Grobe
702-908-2162

John Gradyn Grobe

10

The Honorable Henry Lee Adams Jr.
Senior United States District Judge
300 N. Hogan Street
Jacksonville, FL 32202

Dear Judge Adams:

I am writing to express my support for Amit Patel, whom I have known since 2010 when we were both students at Paxon SAS. My name is Jay Hakimi, and I work as a software engineer.

Amit and I became friends during our junior year, bonding over shared classes and our mutual love for sports. We often spent time together in his neighborhood, playing basketball and studying for our Advanced Placement classes, supporting each other academically. As a teenager, he excelled both academically and athletically, participating in the school's cross country and lacrosse teams while maintaining excellent grades. His dedication led him to be awarded the Scholar Athlete award for his outstanding achievements.

Throughout the years, I have consistently observed Amit's outstanding work ethic and dedication. He always had an entrepreneurial mindset, which he demonstrated even in high school when he sold accessories to fund his college education. I vividly remember helping him package orders at his house, and in the process, he taught me the ins and outs of e-commerce. Even as an adult, he remained committed to his job, with his passion for the Jaguars being the only thing that could tear him away during football season. I recall occasions where friends and I attempted to persuade him to join us, but he prioritized his work, showing his dedication and responsibility.

I firmly believe that the challenges Amit has faced in the past few years stem from an addiction to gambling. He has always been proactive in seeking help for any issues, whether academic or personal, which leads me to believe that his recent struggles were beyond his control. Amit was never one to seek a flashy lifestyle; rather, he always aspired to be the best version of himself, embodying the spirit of hard work and dedication, especially in his support for the Jaguars.

As someone who has witnessed firsthand Amit's integrity, determination, and positive influence, I am confident in his potential for rehabilitation and future contributions to society. I am committed to supporting him, Whether it be through offering guidance, assistance with employment opportunities, or simply being a reliable source of encouragement in any way possible as he works towards redemption and continued growth.

Thank you for considering my perspective on this matter.

Sincerely,

*Jay Hakimi*

**11**

The Honorable Henry Lee Adams Jr.
Senior United States District Judge
300 N. Hogan Street
Jacksonville, FL 32202

Dear Judge Adams:

My name is Emily Karasinski and I currently reside in Leesburg, Virginia with my husband, John, and 3 small children. I manage Business Development for a health technology company, BellSant. I have known Amit Patel for 15 years. We grew up in the same neighborhood subdivision, James Island, in Jacksonville, Florida. We depended on each other for various neighborly favors such as looking after each other's pets when traveling and we grieved together when a mutual friend from our neighborhood passed away in 2014. If I could describe Amit in two words it would be humble and hardworking.

Amit is a friend you can turn to in difficult times. Having lost his father at a young age, he experienced tragedy earlier than most. Instead of letting it break him, he turned his pain into wisdom and used it to help me process my own grief when my grandmother passed away in 2017. He is a great listener, always offering a wise word and a kind sentiment. I remember when he got the job with the Jaguars. He was so excited, passionate, dedicated and committed to using his talents to serve the team with pride and excellence. I was completely devastated when I heard the news of what he had done. There is a strong disconnect between the person I know and the actions committed. I learned he took full responsibility for his actions and is willing to do whatever it takes to right his wrong, and that part is in line with the responsible and upright character I've always known him to possess.

I admire Amit for checking himself into a facility for professional help. I am here for him as he recovers and beyond– we all need each other to get through hard times and I will be there for him just as he always has been for me. I know Amit will learn from his grave mistake and work hard to restore his reputation as a man of great integrity and strong moral character.

Thank you for the opportunity to speak on behalf of Amit Patel. If any additional information is helpful regarding my association with Amit, please feel free to contact me. Thank you for your time and consideration.

Sincerely,

Emily Karasinski

43761 Bent Creek Terrace
Leesburg, VA 20176
(904)-874-8805

**12**

27th February 2024

The Honorable Henry Lee Adams Jr.
Senior United States District Judge
Middle District of Florida
300 N Hogan St Ste 11-200
Jacksonville, FL 32202-4245

Re: United States v. Amit Patel

Dear Judge Adams,

I am Dipam Shah, an anesthesiologist assistant with North Florida Anesthesia Consultants and a Jacksonville native. I am writing to provide a character review for my friend, Amit Patel. Over the past 6 years, I have worked at St. Vincent's hospitals and various surrounding surgery centers.

I became acquainted with Amit almost 20 years ago through Indian cultural and religious events, and our friendship deepened during high school and college. Having learned of his story through the news last year, I reached out to offer support. Amit responded with appreciation, expressing regret and full ownership of his actions. While understanding the consequences he must face, his driving force is the desire for a second chance at life and to make his family, especially his mom, feel whole again.

Despite Amit's struggle with addiction, I firmly believe that without these problems, he could be a positive influence on the world. Having witnessed the impact of alcohol addiction on two friends, one of whom passed away, I understand how such issues can alter a person's essence. Amit, with the ongoing rehabilitation, has the potential to reveal his true self—a positive force in society.

Amit's struggles appear to stem from a gambling problem rather than a lack of values. His ownership and remorse for his actions, coupled with his determination to prove his character to himself and others, speak volumes about his potential for redemption.

In conclusion, I pledge my continued support to Amit without reservations, trusting that he will strive to do the right thing moving forward. Thank you for your time and consideration of my words on behalf of Amit Patel.

Sincerely,


Dipam Shah

**13**

The Honorable Henry Lee Adams Jr.
Senior United States District Judge
300 N. Hogan Street
Jacksonville, FL 32202

Dear Judge Adams,

My name is Andrew Pondozzi and I am a Certified Public Accountant that has been licensed in the state of Florida since 2016. I first met Amit through some mutual friends that we had during high school and college. But I first began to know him when we were discussing future career plans and discovered that he was set to begin working at Deloitte one year after me.

During our shared time working at Deloitte, Amit was a team player and ready to help with whatever tasks were needed to help our team accomplish its objectives He left Deloitte before I did, but I was thrilled for the opportunity that he had been offered with the Jacksonville Jaguars, as it seemed like the perfect intersection of what he had studied in college and what he was passionate about. After that, we fell out of contact.

I was shocked when the news of this case was made public, but sent him a text to offer whatever support I could. I was impressed when he told me about the gambler's anonymous meetings he had started to lead and think this is a good first step to Amit using this situation to help others avoid the same mistakes. Although we lost contact for a number of years, I would be very interested in helping Amit to do that in whatever way that I can. I am a Christian, so just as the Bible is full of examples of sin being used to bring about God's redemptive purposes, I believe the same can happen in Amit's life.

Thank you for taking the time to read this letter and allow me to speak on Amit's behalf.

Sincerely,

*Andrew Pondozzi*

Andrew Pondozzi

**14**

The Honorable Henry Lee Adams Jr.
Senior United States District Judge
300 N. Hogan Street
Jacksonville, FL 32202

Regarding US v Amit Patel

Dear Judge Adams,

My name is Nayana Patel and I am writing to you on behalf of my son, Amit Patel. I have been a Medical Technologist at Mayo Clinic for nearly twenty-two years. I want to start off by apologizing for his actions in this case. There is no excuse for his actions, and we realize this, but we also realize that this is not a good representation of who my son is as a person.

Amit is the younger of my two sons, and my biggest cheerleader. As you may know, Amit's dad, and my husband passed suddenly when he was just 13 years old. This took a major toll on me from being a wife to widow in a matter of moments. Amit at such a young age stepped up to support me emotionally when I felt overwhelmed with grief. He took on a lot of responsibility as a young man and I will forever be thankful for his kindness and strong work ethic that he has had for years. He always did his chores and schoolwork without any complaints and kept straight A's all the way into high school. He took the worries of him being successful in adulthood off of my shoulders as such a young man with a promising future.

About a year after his father passed, I married my new husband, Sunny, who loves and supports Amit as well. During the COVID-19 pandemic Sunny fell extremely ill, and was one of the many people who were on ventilators in the hospital. Once again, Amit though devastated to potentially lose another father figure in his life was kind and calming when being there for myself, his brother, and Sunny.

I realize that, as his mother, I could appear biased in my letter describing my son, but I want to assure you I am not. I've been one of Amit's toughest critics growing up, which always helped him excel, but may have also affected him negatively too. I was very strict with both of my sons which may have led Amit to cope with the traumatic events he has been through with unhealthy habits such as gambling and drinking. Amit has always been responsible, hardworking, and a rule follower. Amit was never one to come home from school with bad behavior or wrong doings that is why this situation that he is in is so surprising and devastating. Amit is a kind-hearted young man who loves to be around people and help support them where he can.

Looking back on his teenage years now, I realize that there were signs of his gambling addiction that I may have missed. I see the dedication and determination Amit has applied to work towards his recovery and to make things right with his past employer. Your Honor, I hope you take my letter into consideration and have a better understanding of who my son is. Amit is ready to accept his punishment and move into the next chapter of his life to help others who are struggling.

Respectfully,

Nayana Patel

15

Dear Judge Adams:

Good day and thank you for taking the time to read this letter regarding my friend Amit Patel. My Name is Robert Scholl, I am a Former Florida Fish and Wildlife Law Enforcement Officer (FWC) and Inshore Fishing Captain in Clearwater, Florida. Amit Patel is a dear friend, our relationship started at the Florida Recovery Center in Gainesville when we were roommates.  When I met him in spring, alcohol had a strangle hold on my life.  Amit helped me realize that I truly had a problem and gave examples of how he struggled with his addiction to gambling.

Our nightly talks and daily struggles formed a strong bond between us, and his experience was a springboard to getting my life back on track.  Amit is a great listener, honest, caring, and empathetic person.  He is respectful of all animals and chooses to live a disciplined life of abstaining from eating them.  I do recognize Amit broke the law, as does Amit.  While no excuse he was in the stranglehold of a disease which he has proven he can overcome by actively being present one day at a time.  And in that presence is a source of compassion and giving to those around him.  I plan on supporting Amit through his judicial journey and beyond in whatever manner he needs.

Thank you to the court and Judge Adam's for reading this letter.

Sincerely,

Robert Scholl

16

The Honorable Henry Lee Adams Jr.
Senior United States District Judge
300 N. Hogan Street
Jacksonville, FL 32202

Dear Senior Judge Adams,

I sincerely appreciate you reading my letter of support for Mr. Patel. I know your time is valuable.

My name is Matthew Bates, and I am a resident of Miami-Dade County. I met Amit on April 4th, 2022 when I was admitted to the Florida Recovery Center ("FRC"). Amit and I shared the same process group at FRC which consisted of three hours of daily small-group therapy. I have two children that mean the world to me, Elliot and Teddy. My entire 13-year career has been spent in private equity where judging the quality of the character of executives to partner with is equally important to any financial or business analysis.

Amit is absolutely someone I would partner with for a business venture or trust to watch my children. I personally only know Amit to be of good character and was taken aback when I heard the depth of problems his compulsive gambling had created. However, Amit took full responsibility for his actions and his strong desire to make amends was a daily discussion topic.

While at FRC, Amit maintained an infectious source of optimism and was a natural leader. He was universally liked and respected by his peers for not only his words, but his deed. Numerous patients at FRC had a dual diagnosis of substance use disorder and compulsive gambling disorder. Amit would always encourage and coordinate transportation for these peers to go to Gambler's Anonymous ("GA") meetings in addition to AA. By the time I left FRC everyone with a compulsive gambling problem was attending the weekly GA meetings. Amit leveraged this experience to start a GA chapter in Jacksonville Beach when he identified that his hometown lacked the necessary resources to support individuals with compulsive gambling problems.

Amit has detailed plans to open a rehab focused on gambling after completing his sentence. He is extremely passionate about using his publicized experience to help other compulsive gamblers. His plan is not unfeasible as Amit has shown me details of what it takes to get a facility up and running. two to four million Americans suffer from compulsive gambling. There are 5 facilities dedicated to gambling. For perspective, there are approximately 4,200 substance abuse treatment facilities. The country needs what Amit is passionate about using his entrepreneurial talents to create after completing his sentence.

Thank you, Your Honor, for the opportunity to speak on behalf of Mr. Patel.

Respectfully,

Matthew Garrison Bates

**17**

The Honorable Henry Lee Adams Jr.
Senior United States District Judge
300 N. Hogan Street
Jacksonville, FL 32202

Dear Judge Adams:

I, Lawrence Richter, am writing to express my support for Amit Patel, whom I have known for 13 years as a friend, neighbor, and former colleague.

I first met Amit when we both moved to Tallahassee for our freshman year of college and were neighbors in a dorm. During that year, I immediately took Amit up as a friend finding out we were both from Jacksonville and had similar high school experiences. Amit has always been friendly, personable, and thoughtful to others which also made it easy to get along with him.

While in college, Amit and I participated in dozens of philanthropies organized by the university and various student organizations. One that stood out to me was Dance Marathon, which is an event that involves dancing and standing for 20 hours straight to raise awareness and funds for children who need it most.

As time passed and we moved to separate cities, I got to know Amit as a strong family man. He introduced me to his family when visiting Jacksonville and invited me to various family gatherings. He would also take the time to meet my own family just so we could make sure we got to see each other whenever I visited town.

For these reasons, despite the current circumstances, I still believe Amit to be a valuable member of our community and a good human being. While I was shocked to hear of this case and his gambling addiction, it does not surprise me that he is ready to accept responsibility for his actions and move on as a better person. I was able to help Amit get one of his first internships coming out of college and I will continue to be there for him as he moves into this next chapter of his life. I am confident that he will continue to contribute positively to our community once this matter is resolved through his attention to detail, intelligence, and care for his fellow neighbors.

Thank you, Your Honor, for allowing me the chance to speak in support of Amit Patel before the court today.

With sincere regards,

Lawrence Richter

Director of Marketing

18

The Honorable Henry Lee Adams Jr.
Senior United States District Judge
Middle District of Florida
300 N Hogan St Ste 11-200
Jacksonville, FL 32202-4245

Regarding: United States v Amit Patel

Dear Judge Adams,

My name is Eric Bender, I'm a biologist, environmental permitting specialist, friend to, and fraternity brother of Amit Patel. I've had the pleasure of knowing Amit since circa 2012 when I attended Florida State University. Amit and I became friends through mutual friends and the fraternity.

I first met Amit when I was a sophomore in college when he joined our fraternity at Florida State University. Soon after he became my "little brother" in the fraternity. From day one, I noticed an ambition in Amit unlike most college kids, with plans to become a certified public accountant, open small businesses and join numerous business organizations. Throughout college, we continued to forge our friendship as I watched him join and become a leader in several business-oriented programs at Florida State University. With noticeable ambition and dedication to succeed, it was a shared thought amongst the fraternity that Amit would do well for himself.

Paired with ambition and drive, Amit was always a likeable resourceful friend who wanted to make sure everyone around him was happy and having a good time. I have countless experiences and memories of witnessing people gravitate towards his energy even though he was a more soft-spoken person. After college, we continued to be friends. Albeit distance and expanding careers makes it difficult to stay in touch, I knew no matter the time or space it would be like nothing had changed once we had the chance to meet up.

Amit began working for the Jacksonville Jaguars not long after graduating from FSU. A "dream job" is an understatement towards how he felt about the organization. He would rave about the team, the work-life atmosphere, and light-up when he had a chance to discuss it (which seemed to be always).

Unfortunately, I also witnessed Amit's love for sports betting. Although he wouldn't describe Fantasy Sports as "betting" since you're playing an opponent and not the house, his ambition and drive quickly become misdirected. I noticed his love for the Jaguars and therefore discussion of them quickly took a back seat to betting Fantasy Sports as it was always on his mind, on his phone, on his laptop, and on the TV. Friends of friends would ask me if I thought he had a gambling problem, but as far as I was aware, he was winning. He seemed to have a "system" and from an outsider perspective it seemed to be working. It's not a problem until it's problem, right? A poor logic.

Little did I know he had slipped down a dark path and I had dug himself a hole impossible to escape. I believe his love for the Jaguars was still a guiding light and he wanted nothing more than to make them whole which in time only grew the hole he stood in.

Over the past few years, Amit has been lost in the addiction of sports betting. An addiction that is becoming more and more accessible to the common person. However, his actions show that he is taking full responsibility for his past and his addiction and blaming only himself for his transactions. He has since enrolled and regularly attends gambling addiction groups and has already set his ambition and drive to a better cause, helping others who may also be experiencing gambling addiction. With his mind set on something positive like helping others, I know his experiences can make him an influential and contributing member of his community.

I look forward to watching how he turns his life around and know he has the potential to influence the world in a positive way. I hope you can see past his wrongdoings and see the Amit Patel I know. I hope you will consider the whole of his positive influence on those who knew him and those that will know him in the future.

I greatly appreciate your time and understanding.

Sincerely,

Eric Bender

**19**

The Honorable Henry Lee Adams Jr.
Senior United States District Judge
Middle District of Florida
300 N Hogan St Ste 11-200
Jacksonville, FL 32202-4245

Regarding: United States v Amit Patel

Dear Judge Adams,

My name is Adrienne Cartagena, and I am writing you in support of Amit Patel, whose character, contributions, and integrity I became familiar with and, to an extent, relied on during the two years we worked together at the Jacksonville Jaguars.

When Amit and I worked together, I had recently begun managing the 7-figure marketing department budget. It was not a task that came easily to me, and I really struggled with the scope and complexity of my new responsibility. When no one on my direct team could assist, Amit stepped in.

He generously shared his expertise and took care to ensure that I understood the concepts he was teaching me. His patience was unfailing, even when he had to review topics with me multiple times.

Amit's guidance helped me to be significantly better at my job. He was a remarkable teammate, known for going above and beyond to help anyone who sought his counsel.

I was shocked and saddened when I learned about the challenges Amit has been facing. And it's been heartbreaking to realize that someone who radiated so much positivity, and has been so helpful and kind to me and so many others, was struggling so profoundly.

Amit has made some devastatingly regrettable decisions as a result of that struggle, and I firmly believe that he is not only remorseful for his actions, but also hopeful for the future.

I am heartened by Amit's efforts not only to rehabilitate himself but also to help others who are struggling with similar issues. His commitment to preventing others from following a similarly ruinous path speaks volumes about his genuine desire to make amends for his mistakes, and reinforces the character of the cherished former colleague I remember.

While I understand the gravity of the situation that has compelled me to write you today, and the need for accountability, I respectfully ask Your Honor to consider Amit's positive character attributes and his potential for rehabilitation when determining an appropriate sentence.

I know Amit will use this experience to be a positive force in our community.

Respectfully,


Adrienne Cartagena
904-874-3353
thisisadrienne@gmail.com

**20**

**David Iya**
**Co-founder and CTO of Eze**
david@ezewholesale.com



The Honorable Henry Lee Adams Jr.
Senior United States District Judge
300 N. Hogan Street
Jacksonville, FL 32202

Dear Judge Adams,

I am reaching out to you amidst circumstances that weigh heavily on my heart, in support of Amit Patel, a man whose journey I've had the privilege to be a part of for nearly two decades. My name is David Iya, and I serve as the CTO and Co-founder of Eze, a global enterprise in the electronics sector that stands as a testament to innovation, collaboration, and integrity. My career path, marked by recognition from Y-Combinator and Forbes 30 Under 30, among others, has been shaped significantly by the values I hold dear, many of which I see reflected in Amit's life and actions.

Our paths first crossed in the corridors of our high school in 9th grade, back in 2007. From those formative years to the present, spanning almost 17 years, Amit and I have navigated the vicissitudes of life, drawing closer especially after the loss of his father—a pivotal moment that revealed Amit's profound resilience and depth of character.

Amit's tenure as class president in high school was not merely a title but a manifestation of his inherent leadership, kindness, selflessness, and humility. These qualities did not wane but rather intensified, propelling him to consistently seek ways to uplift those around him. Whether it was spearheading educational initiatives, leading environmental clean-ups, or inspiring others to be entrepreneurial minded as well, Amit's actions have been guided by a deep-seated belief in service and community betterment.

In high school, Amit took it upon himself to bridge educational disparities by launching tutoring programs for students struggling academically, thereby fostering an environment of mutual aid and academic excellence. His leadership in organizing community clean-up drives on Jax Beach not only beautified our surroundings but also instilled a collective sense of responsibility and stewardship among his peers.

**David Iya**
**Co-founder and CTO of Eze**
david@ezewholesale.com



Furthermore, Amit's commitment to drive camaraderie and school spirit throughout our time in high school echoed into memories I'll hold forever.

These examples of Amit's good deeds are mere snapshots of a life lived in the service of others. His dedication to making a tangible difference, whether in the context of our school community or the broader societal fabric, underscores a character marked by generosity, compassion, and an unwavering commitment to the greater good.

As Amit faces this challenging chapter, it is imperative to recognize the entirety of his journey and the indelible impact he has made on the lives of many. I stand ready to support Amit in any capacity necessary to facilitate his reintegration and continued contribution to society. His track record of positive influence and his capacity for growth and redemption speak volumes to his character and potential.

In light of Amit's demonstrated character and contributions, I respectfully urge the court to consider the depth and breadth of his positive impact on his community and the potential for his continued growth and service. Amit's story is one of resilience, compassion, and an unyielding dedication to the welfare of others—a narrative that, I believe, merits consideration and compassion in its own right.

Thank you for allowing me the opportunity to share my perspective on Amit Patel, a man whose actions and character truly embody the principles of service, leadership, and kindness. It is my sincere hope that this letter offers a fuller understanding of Amit's character and the positive influence he continues to exert on those around him.

Respectfully,

David Iya

**21**

The Honorable Henry Lee Adams Jr.

Senior United States District Judge

300 N. Hogan Street

Jacksonville, FL 32202


Dear Judge Adams,

My name is Brad Leeman and I reside in Murfreesboro, Tennessee. I currently own my own business that is a family friendly sports lounge located on the downtown square here in my hometown.

I met Amit while getting my MBA at Florida State in the year 2016. Amit was very smart, especially in the accounting and financial classes, which was also my background. We immediately hit it off and really pushed each other in the program. When it came to school work and projects, Amit was always reliable and exceeded expectations on what he said he would do.

After obtaining our MBA's, Amit and I went our separate ways to begin our professional careers. Years later, Amit and I went on some trips together and grew even closer over time. On these trips, Amit was nothing but a giving guy that was genuinely concerned about making sure everyone on the trip was happy and having a good time. He was never concerned about doing what made him happy but was more pleased with making sure everyone else had an incredible time. It is rare to find that in a person these days which made me really appreciate him and want to stay connected.

With all that being said, I was beyond stunned when I heard the news of what had happened to Amit. I genuinely had no idea any of this was going on. I knew he liked to bet on sports, which is something I liked to do as well. I assumed it was more of a hobby though and all in good fun. I bring this up to say though that I can see with both of our personality types how it can consume you. I've had many friends in Tennessee lose every dollar they make from betting on sports. It is truly sad and a problem that is not talked about enough in today's world.

I wanted to keep this as short as possible, but I wanted to get the point across that I truly believe Amit to be a good-hearted person. I would do anything for the guy and believe he understands he messed up. I am excited to see all the positive things he plans to do in the community after all this is over with. He truly seems passionate about wanting to help others with gambling addictions, which is something we need more of.

Thank you so much for taking the time to read this letter and allowing me to speak on behalf of Amit Patel.

Sincerely,

Brad Leeman