# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION

UNITED STATES OF AMERICA

v.  Case No.: 3:23-cr-166-HLA-JBT

AMIT PATEL

_____/

## O R D E R

**THIS CAUSE** is before the Court upon requests by the press to bring laptop computers and tablets into the United States Courthouse for the sentencing scheduled for March 12, 2024, at 10:30 a.m., before the Honorable Henry Lee Adams, Jr., United States District Judge, in Courtroom 10A.

Any member of the press may enter the courthouse with a laptop computer or tablet by presenting the Court Security Officers with media credentials. However, there will be no live transmission from the courtroom and no audio or video recording is allowed. *See* Rule 5.01, Local Rules of the United States District Court for the Middle District of Florida.

**IT IS SO ORDERED** at Jacksonville, Florida, this 8th day of

March, 2024.

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　HENRY LEE ADAMS, JR.
　　　　　　　　　　　　　　　　　　　　United States District Judge

Copies to:
Michael Coolican, AUSA
Alex King, Esquire
United States Probation Office
United States Pretrial Services Office
Defendant: c/o counsel or, if in custody, c/o U.S. Marshal

2