UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

UNITED STATES OF AMERICA

v.                                          Case No:       3:23-cr-166-HLA-JBT

AMIT PATEL

_____/

### NOTICE OF FILING

Notice is hereby given that Defendant, by and through the undersigned counsel, hereby files the redacted Appendix I, Exhibit E, which is referenced in Defendant's Sentencing Memorandum (Doc. 34).

**Respectfully submitted,**

**First Coast Criminal Defense**

/s/ Alex King
Alex King, Esq.
Fla. Bar No.: 86034
1805 Copeland Street
Jacksonville, FL 32204
**Pleadings to**: admin@jaxcriminal.com
(904) 355-7777 Telephone
Attorney for Defendant

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished by email to: Office of the United States Attorney (1) Michael Coolican, Esq., Michael.Coolican@usdoj.gov, and (2) Brenna Falzetta, Esq., Brenna.Falzetta@usdoj.gov, this 11th day of March, 2024.

/s/ Alex King
ATTORNEY