**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA | CASE NO. 3:23-cr-166-HLA-JBT |
| v. | |
| AMIT PATEL | |

| | |
|---|---|
| Counsel for Government: | Counsel for Defendant: |
| Michael Coolican | Alex King |

**HONORABLE HENRY LEE ADAMS, JR.**
**UNITED STATES DISTRICT JUDGE**

Courtroom Deputy: Shannie Woolbright
Court Reporter: Kathy Healey          U.S. Probation: Irish Anderson

**CLERK'S MINUTES**

**PROCEEDINGS OF: SENTENCING**

Plea previously accepted.

Government's sworn witness: Margaret Krusing.

The defendant adjudged guilty on Counts **One and two of the Information.**

Imprisonment: **SEVENTY-EIGHT (78) MONTHS** as to counts one and two, all such terms to run concurrently.

Supervise Release: **THREE (3) YEARS** as to counts one and two, all such terms to run concurrently.

The defendant must comply with the mandatory and standard conditions of supervised release as outlined in the Judgment.

Restitution: **$21,132,454.40**

Special Assessment: **$200.00** to be paid immediately.

The defendant advised of right to appeal and to counsel on appeal.

The defendant shall self-surrender to the institution designated by the Bureau of Prison no later than 90 days.

Date: March 12, 2024.   Time: 10:33 a.m. – 12:47 p.m.   Total: 2 hours and 14 minutes.