UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

UNITED STATES OF AMERICA

v.  Case No:  3:23-cr-166-HLA-JBT

AMIT PATEL

_____/

**UNOPPOSED
MOTION FOR RETURN OF PASSPORT**

COMES NOW the Defendant, Amit Patel, by and through his undersigned counsel, without opposition from the Government, and hereby moves this Honorable Court to issue an order authorizing the Clerk to release Defendant's passport, and in support hereof, further states as follows:

1. On March 12, 2024, Mr. Patel was sentenced to 78 months imprisonment, followed by 36 months supervised release, and was ordered to pay restitution. Doc. 38.

2. At sentencing, this Honorable Court permitted Mr. Patel to report to serve the imprisonment portion of his sentence when he was designated by the Bureau of Prisons. On May 21, 2024, Mr. Patel reported and is currently serving the prison portion of his sentence.

3. On December 14, 2023, at Mr. Patel's arraignment and plea hearing, Mr. Patel surrendered his passport. Doc. 10.

4. While Mr. Patel is in custody, he has designated his mother to be his Power of Attorney, who has requested the return of her son's passport so she can handle his personal and financial matters.

5. The government, by and through Michael Coolican, has authorized undersigned counsel to note that the United States does not oppose this request.

WHEREFORE, it is respectfully requested that this Honorable Court grant this motion and issue an order directing the Clerk to release Defendant's passport and permit his mother to retrieve it from the Clerk.

Respectfully submitted,

**First Coast Criminal Defense**

  /s/ Alex King
Alex King, Esq.
Florida Bar No.: 0086034
1805 Copeland Street
Jacksonville, Florida 32204
Tel: (904) 355-7777
E-mail: Admin@JaxCriminal.com
Attorney for Defendant

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished via the CM/ECF portal to: Michael Coolican, Esq., Office of the United States Attorney, this 4th day of June, 2024.

  /s/ Alex King
ATTORNEY