UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

UNITED STATES OF AMERICA

v.     Case No. 3:23-cr-166-HLA-JBT

AMIT PATEL

## UNITED STATES' MOTION FOR FINAL ORDER OF FORFEITURE FOR DIRECT ASSETS

Pursuant to 21 U.S.C. § 853(n)(7) and Rule 32.2(c)(2) of the Federal Rules of Criminal Procedure, the United States of America moves for a Final Order of Forfeiture for the following assets:

   a. A 2021 Tesla Model 3 sedan, Vehicle Identification Number 5YJ3E1ECMF992388, titled in the name of Amit Anil Patel (valued at approximately $40,625.00).

   b. Patek Philippe Nautilus watch, SKU: PAT22506; (valued at approximately $82,000).

In support of its motion, the United States submits the following.

## MEMORANDUM OF LAW

### I. Statement of Facts

1. On March 26, 2024, the Court entered an Amended Preliminary Order of Forfeiture for Proceeds ($22,221,454.40) and for Direct Assets (2021 Tesla and Patek Philippe Nautilus watch), pursuant to 18 U.S.C. §§ 981(a)(1)(C), 982(a)(1), 28 U.S.C. § 2461(c), and Order to Vacate a Specific Asset (real property located at 602 Marsh Cove Land). Doc. 42.

2. In accordance with 21 U.S.C. § 853(n) and Rule 32.2(b)(6)(C), the United States published notice of the forfeiture and of its intent to dispose of the assets, on the official government website, www.forfeiture.gov, from March 28, 2024, and continuing through April 26, 2024. Doc. 43. The publication gave notice to all third parties with a legal interest in the assets to file with the Clerk of the Court, 300 N. Hogan Street, Suite 9-150, Jacksonville, FL 32202, a petition to adjudicate their interests within 60 days of the first date of publication.

3. No one has filed a claim to the assets and the time for doing so has expired.

## II. Applicable Law

Pursuant to 21 U.S.C. § 853(n)(7), following the disposition of all petitions, or if no petitions are timely filed in accordance with 21 U.S.C. § 853(n)(2), "the United States shall have clear title to property that is the subject of the order of forfeiture and may warrant good title to any subsequent purchaser or transferee." 21 U.S.C. § 853(n)(7). It is then appropriate for the Court to enter a final order of forfeiture in accordance with Rule 32.2(c)(2).

As required by 21 U.S.C. § 853(n), the United States published notice of the forfeiture on the official government website, www.forfeiture.gov, from March 28, 2024, and continuing through April 26, 2024. Doc. 43.

Publication by internet is permitted in civil cases pursuant to Rule G(4)(a)(iv)(C) of the Supplemental Rules for Admiralty or Maritime Claims and

Asset Forfeiture Actions, of the Federal Rules of Civil Procedure. Federal Rule of Criminal Procedure 32.2(b)(6)(C) provides that publication of notice of criminal forfeiture may be made by any means described in Supplemental Rule G(4)(a)(iv). Publication gave notice to all those who might have an interest in the subject property of the United States' intent to dispose of the assets and gave instructions on filing a petition to adjudicate their interests in the assets. In accordance with those provisions, a person or entity had 60 days from the first date of publication to file a petition with the District Court to adjudicate his interest. In this instance, the first date of internet publication was March 28, 2024. Accordingly, the final date for those who did not receive direct written notice to file a petition to adjudicate an interest in the assets was May 27, 2024, and the time for filing such a petition has expired.

No person, other than the defendant, whose interest was forfeited to the United States in the amended preliminary order of forfeiture is known to have any potential interest in the assets. No one has filed a petition or claimed an interest in the assets. The time for filing a petition has expired.

Publication having been effected, and no claim or petition to adjudicate an interest having been filed, it is now appropriate for the Court to enter a Final Order of Forfeiture for the assets.

The United States shall credit the defendant's order of forfeiture with the net proceeds from the direct assets.

### III.  Conclusion

The United States requests that, pursuant to 21 U.S.C. § 853(n)(7), and Rule 32.2(c)(2), the Court enter a final order forfeiting to the United States all right, title and interest in the assets for disposition according to law and vesting clear title to the property in the United States.

Respectfully Submitted,

ROGER B. HANDBERG
United States Attorney

By:  *s/Jennifer M. Harrington*
JENNIFER M. HARRINGTON
Assistant United States Attorney
Florida Bar No. 0117748
400 W. Washington Street, Suite 3100
Orlando, Florida 32801
Telephone: (407) 648-7500
Facsimile: (407) 648-7643
Email: Jennifer.Harrington2@usdoj.gov

### CERTIFICATE OF SERVICE

I hereby certify that on August 9, 2024, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to counsel of record.

*s/Jennifer M. Harrington*
JENNIFER M. HARRINGTON
Assistant United States Attorney