UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

UNITED STATES OF AMERICA

v.  Case No. 3:23-cr-166-MMH-JBT

AMIT PATEL

## FINAL ORDER OF FORFEITURE FOR DIRECT ASSETS

THIS CAUSE comes before the Court upon the United States' Motion for Final Order of Forfeiture Direct Assets, pursuant to 21 U.S.C. § 853(n)(7) and Fed. R. Crim. P. 32.2(c)(2), for a final order of forfeiture for the following assets, which were subject to a March 26, 2024, amended preliminary order of forfeiture (Doc. 42):

a. A 2021 Tesla Model 3 sedan, Vehicle Identification Number 5YJ3E1ECMF992388, titled in the name of Amit Anil Patel (valued at approximately $40,625.00).

b. Patek Philippe Nautilus watch, SKU: PAT22506; (valued at approximately $82,000).

In accord with 21 U.S.C. § 853(n) and Rule 32.2(b)(6)(C), Federal Rules of Criminal Procedure, from March 28, 2024, and continuing through April 26, 2024, the United States published at www.forfeiture.gov notice of the forfeiture and of the intent to dispose of the assets. Doc. 43. The publication notified each interested third-party to file a petition to adjudicate their interest within 60 days of the first day of publication and with the Clerk of the Court, 300 N. Hogan Street, Suite 9-150, Jacksonville, FL 32202.

Other than the defendant, whose interest was previously forfeited to the United States, no one has filed a petition or claimed an interest in the assets, and the time for filing such petition has expired.

The United States' motion, (Doc. 46), is GRANTED. Under 21 U.S.C. § 853(n)(7) and Rule 32.2(c)(2), Federal Rules of Criminal Procedure, all right, title, and interest in the direct assets are CONDEMNED and FORFEITED to the United States for disposition according to law.

The United States shall credit the defendant's order of forfeiture with the net proceeds from the direct assets. Clear title to the assets now vests in the United States of America.

DONE and ORDERED in Jacksonville, Florida, this 15th day of August, 2024.

*Marcia Morales Howard*
MARCIA MORALES HOWARD
United States District Judge

Copies to:
All Parties/Counsel of Record